CO-386-online
10/03

# United States District Court
# For the District of Columbia

Vista Healthplan, Inc. )
)
)      CASE NUMBER   1:05CV02327
)
           Plaintiff )
     vs                )      JUDGE: Colleen Kollar-Kotelly
)
WARNER CHILCOTT HOLDINGS COMPANY III, LTD., )      DECK TYPE: Antitrust
WARNER CHILCOTT CORPORATION, WARNER )
CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., BARR )
PHARMACEUTICALS, INC. )      DATE STAMP: 12/05/2005
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Vista Healthplan, Inc__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Vista Healthplan, Inc.__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__489217__
BAR IDENTIFICATION NO.

Michael G. McLellan, Finkelstein, Thompson, and Loughran
Print Name

__1050 30th Street NW__
Address

__Washington, DC 20007__
City         State         Zip Code

__202-337-8000__
Phone Number