# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vista Healthplan, et al.,** | |
| Plaintiff(s), | |
| vs. | Civil Case No: **05-2324 CKK** |
| **Warner Chilcott Holdings, et al.,** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY SUBMISSION

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that *"Plaintiffs' Response to Defendants' Joint Motion to Transfer and Consolidate Pursuant to 28 USC 1407..., recently filed before the Judicial Panel on Multidistrict Litigation"* has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 12/28/05