UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

VISTA HEALTHPLAN, INC.,
300 South Park Road
Hollywood, FL 33021,
on behalf of itself and all others similarly situated,

    Plaintiff,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD.
100 Enterprise Drive
Rockaway, N.J. 07866-2129

WARNER CHILCOTT CORPORATION
100 Enterprise Drive
Rockaway, N.J. 07866-2129

WARNER CHILCOTT (US) INC.
100 Enterprise Drive
Rockaway, N.J. 07866-2129

GALEN (CHEMICALS) LTD.
Unit 4 Burton Hall Pk.
Sandyford Industrial Estate
Foxrock, Ireland,

and

BARR PHARMACEUTICALS, INC.
2 Quaker Road, P.O. Box 2900
Pomona, N.Y. 10970-0519

    Defendants.

---

Civil Action No: 1:05CV02327 (CKK)
Judge Colleen Kollar-Kotelly

## STIPULATION TO EXTEND TIME

Plaintiff Vista Healthplan, Inc. and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants") have jointly agreed and hereby stipulate to the following extension of time for Defendants to answer or otherwise respond to the Complaint and respectfully request that the Court enter the Proposed Order reflecting the parties' agreement:

1.   Defendants' time to answer or otherwise respond to the Complaint is hereby extended to February 10, 2006.

January 5, 2006                                        Respectfully submitted,

By:   /s/
      _____
      Kevin J. Arquit, D.C. Bar. #438511
      Charles E. Koob, *pro hac vice* pending
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017
      (212) 455-2000

      *Counsel for Defendants*


      /s/
      _____
      Michael G. McLellan, D.C. Bar. #489217
      FINKELSTEIN, THOMPSON & LOUGHRAN
      1050 30th Street, N.W.
      Washington, D.C.  20007
      (202) 337-8000

      *Counsel for Plaintiff*