UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| VISTA HEALTHPLAN, INC.,<br>300 South Park Road<br>Hollywood, FL 33021,<br>on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>GALEN (CHEMICALS) LTD.<br>Unit 4 Burton Hall Pk.<br>Sandyford Industrial Estate<br>Foxrock, Ireland,<br><br>and<br><br>BARR PHARMACEUTICALS, INC.<br>2 Quaker Road, P.O. Box 2900<br>Pomona, N.Y. 10970-0519<br><br>  Defendants. | Civil Action No: 1:05CV02327 (CKK)<br>Judge Colleen Kollar-Kotelly |

## [PROPOSED] ORDER

Having considered the stipulation of Plaintiff Vista Healthplan, Inc. and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants"), relating to the proposed extension of time for Defendants to answer or otherwise respond to the Complaint, the Court hereby ORDERS that:

      1.     Defendants' time to answer or otherwise respond to the Complaint is hereby extended to February 10, 2006.

      SO ORDERED this \_\_\_\_ day of _____ 2006.

_____
JUDGE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE