UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------  x
VISTA HEALTHPLAN, INC.,                                    :
300 South Park Road                                        :
Hollywood, FL 33021,                                       :
on behalf of itself and all others similarly situated,     :
                                                           :
    Plaintiff,                          :
                                                           :
v.                                                         :   Civil Action No: 1:05CV02327 (CKK)
                                                           :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD.                                                  :
100 Enterprise Drive                                       :
Rockaway, N.J. 07866-2129                                  :
                                                           :
WARNER CHILCOTT CORPORATION                                :
100 Enterprise Drive                                       :
Rockaway, N.J. 07866-2129                                  :
                                                           :
WARNER CHILCOTT (US) INC.                                  :
100 Enterprise Drive                                       :
Rockaway, N.J. 07866-2129                                  :
                                                           :
GALEN (CHEMICALS) LTD.                                     :
Unit 4 Burton Hall Pk.                                     :
Sandyford Industrial Estate                                :
Foxrock, Ireland,                                          :
                                                           :
and                                                        :
                                                           :
BARR PHARMACEUTICALS, INC.                                 :
2 Quaker Road, P.O. Box 2900                               :
Pomona, N.Y. 10970-0519                                    :
                                                           :
    Defendants.                         :
---------------------------------------------------------  x

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants"), certifies as follows:

    Defendant Warner Chilcott Holdings Company III, Ltd. is a subsidiary of Warner Chilcott Holdings Company II, Limited; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott Corporation is a subsidiary of Warner Chilcott Intermediate (Luxembourg) S.a.r.l.; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott (US) Inc. is a subsidiary of Warner Chilcott Corporation; no publicly-held corporation owns more than 10% of its stock.

Defendant Galen (Chemicals) Ltd. is a subsidiary of Warner Chilcott Intermediate (Ireland) Limited; no publicly-held corporation owns more than 10% of its stock.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

January 5, 2006                                         Respectfully submitted,

                                          By:   /s/
                                                _____
                                                Kevin J. Arquit, D.C. Bar. #438511
                                                Charles E. Koob, *pro hac vice* pending
                                                SIMPSON THACHER & BARTLETT LLP
                                                425 Lexington Avenue
                                                New York, New York 10017
                                                (212) 455-2000

                                                *Counsel for Defendants*