UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

VISTA HEALTHPLAN, INC.,

    Plaintiff,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

Civil Action No: 1:05CV02327
Judge Colleen Kollar-Kotelly

**JURY TRIAL DEMANDED**

---

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Charles E. Koob is, this the ____ day of _____, 2006, hereby granted.

                                                                                    _____
                                                                                    Hon. Colleen Kollar-Kotelly
                                                                                    United States District Judge