**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
---------------------------------------------------  x
VISTA HEALTHPLAN, INC.,                              :
            Plaintiff,                               :
                                                     :
    v.                                               :    Civil Action No: 1:05CV02327
                                                     :    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                     :
III, LTD., et al.,                                   :
                                                     :    JURY TRIAL DEMANDED
            Defendants.                              :
                                                     :
---------------------------------------------------  x
```

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott

Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac*

*vice* of Charles E. Koob is, this the _____ day of _____, 2006, hereby granted.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge