## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAJ DISTRIBUTORS, INC. and
STEPHEN L. LaFRANCE
HOLDINGS, INC., individually
and on behalf of all others similarly
situated,                                                    :      CIVIL ACTON NO. 05-cv-6095

               Plaintiffs,                            :

      v.                                                              :

WARNER CHILCOTT HOLDINGS                    :
COMPANY III, LTD.,

WARNER CHILCOTT                                        :
CORPORATION,

WARNER CHILCOTT (US) INC.,                    :

GALEN (CHEMICALS) LTD.,                          :

and                                                                    :

BARR PHARMACEUTICALS, INC.,                :

               Defendants.                            :


## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

In accordance with the provisions of Fed. R. Civ. P. 41, Plaintiffs

dismiss this action without prejudice. Defendants have filed neither an

answer nor a motion for summary judgment. There has been no prior

dismissal of this case in any court. Counsel have learned of five related cases

12/23/2005  11:14    2128387745                    CMHT_NY                                    PAGE   11/18

pending in the United States District Court for the District of Columbia; in

the interest of judicial economy and to avoid unnecessary motion practice,

Counsel intend to file the action as a related case to those cases already

pending in the United States District Court for the District of Columbia.


Dated: December 20, 2005                      By: _____
                                                  Dianne M. Nast
                                                  RodaNast, P.C.
                                                  801 Estelle Drive
                                                  Lancaster, Pennsylvania 17601
                                                  (717) 892-3000
                                                  (717) 892-1200 facsimile

                                                  Michael L. Roberts
                                                  Roberts Law Firm, P.A.
                                                  P.O. Box 241790
                                                  20 Rahling Circle
                                                  Little Rock, Arkansas  72223
                                                  (501) 821-5575
                                                  (501) 821-4474 facsimile

Case 2:05-cv-06095-RK    Document 4    Filed 12/20/2005    Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of December 2005 caused to be served a copy of Plaintiffs' Notice of Dismissal Pursuant to Fed. R. Civ. P. 41 by facsimile and first class mail with postage fully paid thereon to the parties listed on the service list below.

*Hollie M. Schmidt*

Charles E. Koob, Esquire
Annette C. Rizzi, Esquire
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
Facsimile: (212) 455-2502