BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ) | |
| ) | MDL DOCKET NO. 1747 |
| OVCON ORAL CONTRACEPTIVE ) | |
| ANTITRUST LITIGATION ) | |
| ) | |

**DEFENDANTS' WITHDRAWAL OF JOINT MOTION TO
TO CONSOLIDATE AND TRANSFER SUBJECT TO RENEWAL**

Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Galen (Chemicals) Ltd., and Barr Pharmaceuticals, Inc. (collectively "Defendants" or "Warner Chilcott and Barr") hereby withdraw their Joint Motion to Consolidate and Transfer for Pretrial Proceedings Pursuant to 28 U.S.C. § 1407. Defendants, however, request that the Panel keep the MDL docket open to permit Defendants immediately to renew their Joint Motion to Consolidate and Transfer if additional actions are subsequently filed in other judicial districts.

On December 9, 2005, Defendants filed a Joint Motion to Consolidate and Transfer in response to the filing of ten (10) complaints arising from the same set of operative

facts in three different judicial districts -- the District of Columbia, the Eastern District of Tennessee, and the Eastern District of Pennsylvania. On December 20, 2005, Plaintiffs filed notices of dismissal in the cases pending in the Eastern District of Tennessee (*Jabo's Pharmacy, Inc. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 2:05-CV-00316) and the Eastern District of Pennsylvania (*SAJ Distributors, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 2:05-CV-06095-RK). Plaintiffs informed Defendants that these cases were being voluntarily dismissed so that they could be refiled in the United States District Court for the District of Columbia. Defendants believe that MDL treatment is appropriate, but Plaintiffs have asserted that the absence of a pending action in another district at this time strips the Panel of any authority to consolidate and transfer. In the absence of clear authority permitting consolidation and transfer in such circumstances, Defendants have agreed temporarily to withdraw their motion based on the Plaintiffs' dismissal of the two cases outside the District of Columbia.

Defendants anticipate that additional actions may be brought in other judicial districts based on the same set of operative facts. Should such additional cases be filed, consolidation and transfer of these actions to a single judicial district would prevent duplicative discovery and motion practice, avoid the possibility of inconsistent rulings and conserve judicial resources. Defendants accordingly withdraw their pending motion to consolidate and transfer but request that the Panel allow the MDL docket to remain open in the above-captioned matter to permit Defendants immediately to renew their joint motion by the filing of a notice of renewal.

Date:   December 27, 2005                                Respectfully submitted,

_____                          _____
Charles E. Koob (S.D.N.Y. Bar # CK1601)                  Karen N. Walker (D.C. Bar #412137)
Annette C. Rizzi (S.D.N.Y. Bar # AR7065)                 Mark L. Kovner (D.C. Bar # 430431)
                                                         Chong Park (D.C. Bar # 463050)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue                                     KIRKLAND & ELLIS LLP
New York, New York  10017-3954                           655 Fifteenth Street, N.W.
(212) 455-2000                                           Washington, D.C.  20005
                                                         (202) 879-5000
*Counsel for Warner Chilcott Public Limited
Company, Warner Chilcott Holdings Company                *Counsel for Barr Pharmaceuticals, Inc.*
III, Ltd., Warner Chilcott Corporation, Warner
Chilcott (US) Inc., Warner Chilcott Company,
Inc., Galen (Chemicals) Ltd.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2005, I caused true and complete copies of the Corporate Disclosure Statement of Barr Pharmaceuticals, Inc. and Defendants Withdrawal of Joint Motion to Consolidate and Transfer Subject to Renewal to be served on the following counsel of record by first class mail.

*/s/ Karen N. Walker*
Karen N. Walker (D.C. Bar # 412137)

Recipients:

**ATTORNEYS FOR THE FEDERAL TRADE COMMISSION**
Markus H. Meier
Bradley S. Albert
Thomas H. Brock
David Dudley
Aaron Hewitt
James Rhilinger
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20580
Phone: (202) 326-3759

**ATTORNEYS FOR THE STATE OF COLORADO**
John W. Suthers
Devin M. Laiho
Consumer Protection Section
Attorneys for the State of Colorado
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Phone: (303) 866-5079

**ATTORNEYS FOR THE COMMONWEALTH OF VIRGINIA**
Judith Williams Jagdmann
Sarah Oxenham Allen
Jennifer L. Gobble
Antitrust & Consumer Litigation Section
Attorneys for the Commonwealth of Virginia
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 786-6557

**ATTORNEYS FOR THE STATE OF MARYLAND**
J. Joseph Curran, Jr.
Meredyth Smith Andrus
Ellen S. Cooper
Antitrust Division
Attorneys for the State of Maryland
200 St. Paul Street
Baltimore, Maryland 21202
Phone: (410) 576-6470

**ATTORNEYS FOR THE STATE OF ALASKA**
David W. Marquez
Clyde E. Sniffen, Jr.
Fair Business and Commercial Section
Attorneys for the State of Alaska
Alaska Attorney General's Office
1031 W. 4th Avenue #200
Anchorage, Alaska 99501
Phone: (907) 269-5200

**ATTORNEYS FOR THE STATE OF ARKANSAS**
Mike Beebe
Teresa Marks
Bradford J. Phelps
Attorneys for the State of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone: (501) 682-3625

**ATTORNEYS FOR THE STATE OF DELAWARE**
M. Jane Brady
Michael A. Undorf
Attorneys for the State of Delaware
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, Delaware 19801
Phone: (302) 577-8924

**ATTORNEY FOR THE STATE OF ARIZONA**
Terry Goddard
Nancy M. Bonnell
Public Advocacy Division
Attorneys for the State of Arizona
Office of the Attorney General
1275 West Washington
Phoenix, Arizona 85007-2926
Phone: (602) 542-7752

**ATTORNEYS FOR THE STATE OF CALIFORNIA**
Bill Lockyer
Richard M. Frank
J. Thomas Greene
Kathleen E. Foote
Ann Marie Marciarille
Attorneys for the State of California
P.O. Box 70550
1515 Clay Street
Oakland, California 94612
Phone: (510) 622-2221

**ATTORNEYS FOR THE DISTRICT OF COLUMBIA**
Robert J. Spagnoletti
David M. Rubinstein
Bennett Rushkoff
Don A. Resnikoff
Anika Sanders Cooper
Attorneys for the District of Columbia
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., Suite 450N
Washington, District of Columbia 20001
Phone: (202) 727-6241

**ATTORNEYS FOR THE STATE OF FLORIDA**
Charles J. Crist, Jr.
Patricia A. Conners
Elizabeth G. Arthur
PL-01, The Capital
Tallahassee, Florida 32399-1050
Phone: (850) 414-3300

**ATTORNEYS FOR THE STATE OF IDAHO**
Lawrence G. Wasden
Brett T. DeLange
Office of the Attorney General
Attorneys for the State of Idaho
Len B. Jordan Building
650 W. State Street, Lower Level
P.O. Box 83720
Boise, Idaho 83720-0010
Phone: (208) 334-2424

**ATTORNEYS FOR THE STATE OF ILLINOIS**
Lisa Madigan
Robert W. Pratt
Attorneys for the State of Illinois
Office of the Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
Phone: (312) 814-3722

**ATTORNEYS FOR THE STATE OF IOWA**
Thomas J. Miller
John F. Dwyer
Layne M. Lindebak
Attorneys for the State of Iowa
2nd Floor, Hoover Office Building
East 13th & Walnut Street
Des Moines, Iowa 50319
Phone: (515) 281-70544

**ATTORNEYS FOR THE STATE OF KANSAS**
Phill Kline
Karl R. Hansen
Attorneys for the State of Kansas
120 SW 10th Street, 2nd Floor
Topeka, Kansas 66612
Phone: (785) 296-2215

**ATTORNEYS FOR THE COMMONWEALTH OF KENTUCKY**
Gregory D. Stumbo
David R. Vandeventer
Consumer Protection Division
Attorneys for the Commonwealth of Kentucky
1024 Capital Center Drive
Frankfort, Kentucky 40601
Phone: (502) 696-5389

**ATTORNEYS FOR THE STATE OF LOUISIANA**
Charles C. Foti, Jr.
James Bishop Johnson
Attorneys for the State of Louisiana
1885 N. 3rd Street, 4th Fl.
Baton Rouge, Louisiana 70802
Phone: (225) 326-6467

**ATTORNEYS FOR THE STATE OF MAINE**
G. Steven Rowe
Christina Moylan
Attorneys for the State of Maine
6 State House Station
Augusta, Maine 04333-0006
Phone: (207) 626-8800

**ATTORNEYS FOR THE COMMONWEALTH OF MASSACHUSETTS**
Thomas F. Reilly
Judith M. Whiting
Consumer Protection and Antitrust Division
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
Phone: (617) 727-2200, ext. 2959

**ATTORNEYS FOR THE STATE OF MINNESOTA**
Mike Hatch
Ann Beimdiek Kinsella
Jennifer L. DeKarske
Attorneys for the State of Minnesota
445 Minnesota Street, Suite 1200
St. Paul, Minn. 55101
Phone: (651) 215-1564

**ATTORNEYS FOR THE STATE OF MISSOURI**
Jeremiah (Jay) W. Nixon
Anne E. Schneider
Antitrust Counsel
Attorneys for the State of Missouri
Post Office Box 899
Jefferson City, Missouri 65102
Phone: (573) 751-8455

**ATTORNEYS FOR THE STATE OF NEW YORK**
Eliot Spitzer
Jay L. Himes
Elinor R. Hoffmann
Attorneys for the State of New York
120 Broadway, Suite 26C
New York, New York 10271-0332
Phone: (212) 416-8269

**ATTORNEYS FOR STATE OF MICHIGAN**
Michael A. Cox
Michelle M. Rick
Antitrust Section
Attorneys for the State of Michigan
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, Michigan 48913
Phone: (517) 373-1123

**ATTORNEYS FOR THE STATE OF MISSISSIPPI**
Jim Hood
Sondra Simpson McLemore
Attorneys for the State of Mississippi
Post Office Box 22947
Jackson, Mississippi 39225
Phone: (601) 359-3748

**ATTORNEYS FOR THE STATE OF NEVADA**
George J. Chanos
Eric Witkoski
Brian Armstrong
Attorneys for the State of Nevada
Office of the Attorney General Nevada
Department of Justice
Bureau of Consumer Protection
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3420

**ATTORNEYS FOR THE STATE OF NORTH CAROLINA**
Roy Cooper
K. D. Sturgis
Attorneys for the State of North Carolina
North Carolina Department of Justice
9001 Mail Server Center
Raleigh, North Carolina 27699-9001
Phone: (919) 716-6000

**ATTORNEYS FOR THE STATE OF NORTH DAKOTA**
Wayne Stenehjem
Todd A. Sattler
Consumer Protection and Antitrust Division
Attorneys for the State of North Dakota
Post Office Box 1054
Bismarck, North Dakota 58502-1054
Phone: (701) 328-5570

**ATTORNEYS FOR THE STATE OF OKLAHOMA**
W.A. Drew Edmondson
Thomas A. Bates
Julie Bays
Attorneys for the State of Oklahoma
4545 N. Lincoln Blvd., Suite 260
Oklahoma City, Oklahoma 73105
Phone: (405) 522-1013

**ATTORNEYS FOR THE STATE OF RHODE ISLAND**
Patrick C. Lynch
Edmund F. Murray, Jr.
Attorneys for the State of Rhode Island
150 South Main Street
Providence, Rhode Island 02903
Phone: (401) 274-4400, ext. 2401

**ATTORNEYS FOR THE STATE OF TENNESSEE**
Paul G. Summers
S. Elizabeth Martin
Antitrust Division
Attorneys for the State of Tennessee
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-5732

**ATTORNEYS FOR THE STATE OF OHIO**
Jim Petro
Mitchell L. Gentile
Attorneys for the State of Ohio
Antitrust Section
150 East Gay Street, 20th Floor
Columbus, Ohio 43215
Phone: (614) 466-4328

**ATTORNEYS FOR THE STATE OF OREGON**
Hardy Myers
Chin See Ming
Attorneys for the State of Oregon
1162 Court Street NE
Salem, Or. 97301
Phone: (503) 947-4333

**ATTORNEYS FOR THE STATE OF SOUTH CAROLINA**
Henry D. McMaster
C. Havird Jones, Jr.
Attorneys for the State of South Carolina
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3680

**ATTORNEYS FOR THE STATE OF TEXAS**
Greg Abbott
Mark A. Levy
Attorneys for the State of Texas
Post Office Box 12548
Austin, Texas 78711
Phone: (512) 936-1847

| | |
|---|---|
| **ATTORNEYS FOR THE STATE OF UTAH**<br>Mark L. Shurtleff<br>Ronald J. Ockey<br>Attorneys for the State of Utah<br>160 East 300 South, 5th Fl.<br>Salt Lake City, Utah 84111<br>Phone: (801) 366-0359 | **ATTORNEYS FOR THE STATE OF VERMONT**<br>William H. Sorrell<br>Julie Brill<br>Attorneys for the State of Vermont<br>109 State Street<br>Montpelier, Vermont 05609-1001<br>Phone: (802) 828-3658 |
| **LOCAL COUNSEL FOR LOUISIANA WHOLESALE DRUG CO., INC.**<br>David U. Fierst<br>STEIN, MITCHELL & MEZINES LLP<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, District of Columbia 20036<br>Phone: (202) 737-7777 | **ATTORNEYS FOR LOUISIANA WHOLESALE DRUG CO., INC.**<br>Bruce E. Gerstein<br>Barry S. Taus<br>Kevin S. Landau<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, New York 10011<br>Phone: (212) 398-0055 |
| **ATTORNEYS FOR LOUISIANA WHOLESALE DRUG CO., INC.**<br>J. Gregory Odom<br>Stuart Des Roaches<br>ODOM & DES ROCHES, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, Louisiana 70130<br>Phone: (504) 522-0077 | **ATTORNEYS FOR LOUISIANA WHOLESALE DRUG CO., INC.**<br>David P. Smith<br>PERCY, SMITH & FOOTE LLP<br>720 Murray Street<br>Post Office Box 1632<br>Alexandria, Louisiana 71309<br>Phone: (318) 445-4480 |
| **ATTORNEYS FOR LOUISIANA WHOLESALE DRUG CO., INC.**<br>Mitchell W. Berger<br>Rene D. Harrod<br>BERGER SINGERMAN, P.A.<br>350 East Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida 33301<br>Phone: (954) 525-9900 | **LOCAL COUNSEL FOR ROCHESTER DRUG CO-OPERATIVE, INC.**<br>David U. Fierst<br>STEIN, MITCHELL & MEZINES LLP<br>1100 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, District of Columbia 20036<br>Phone: (202) 737-7777 |

**ATTORNEYS FOR ROCHESTER DRUG CO-OPERATIVE, INC.**
Daniel Berger
David Sorensen
Eric L. Cramer
Peter Kohn
Daniel Simons
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Phone: (215) 875-3000

**ATTORNEYS FOR ROCHESTER DRUG CO-OPERATIVE, INC.**
Joshua P. Davis
LAW OFFICES OF JOSHUA P. DAVIS
437 Valley Street
San Francisco, California 94131
Phone: (415) 422-6223

**ATTORNEYS FOR ROCHESTER DRUG CO-OPERATIVE, INC.**
Kendall S. Zylstra
Lyle Stamps
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Phone: (610) 667-7706

**LOCAL COUNSEL FOR SAJ DISTRIBUTORS, INC. AND STEPHEN L. LaFRANCE HOLDINGS, INC.**
Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Phone: (717) 892-3000

**ATTORNEYS FOR SAJ DISTRIBUTORS, INC. AND STEPHEN L. LaFRANCE HOLDINGS, INC.**
Michael L. Roberts
ROBERTS LAW FIRM, P.A.
Post Office Box 241790
20 Rahling Circle
Little Rock, Arkansas 72223-1790
Phone (501) 821-5575

**LOCAL COUNSEL FOR JABO'S PHARMACY, INC.**
Gordon Ball
BALL & SCOTT
Suite 601, 550 Main Avenue
Knoxville, Tennessee 37902
Phone: (865) 525-7028

**ATTORNEYS FOR JABO'S PHARMACY, INC.**
Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7839 Montgomery Avenue
Elkins Park, Pennsylvania 19027
Phone: (215) 771-4988

**ATTORNEYS FOR JABO'S PHARMACY, INC.**
Isaac L. Diel
LAW OFFICES OF ISAAC I. DIEL
135 Oak Street
Bonner Springs, Kansas 66012
Phone (913) 383-8711

| | |
|---|---|
| **ATTORNEYS FOR JABO'S PHARMACY, INC.**<br>Daniel K. Karon<br>GOLDMAN, SCARLATO & KARON PC<br>55 Public Square, Suite 1500<br>Cleveland, Ohio 44113-1998<br>Phone: (216) 622-1851 | **ATTORNEYS FOR MIEJER, INC. AND MEIJER DISTRIBUTION, INC.**<br>Michael D. Hausfeld<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Washington, District of Columbia 20005-3964 |
| **ATTORNEYS FOR MIEJER, INC. AND MEIJER DISTRIBUTION, INC.**<br>Linda P. Nussbaum<br>Steig D. Olson<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd Street, Thirtieth Floor<br>New York, New York 10022<br>Phone: (212) 838-7797 | **ATTORNEYS FOR MIEJER, INC. AND MEIJER DISTRIBUTION, INC.**<br>Joseph M. Vanek<br>DAAR & VANEK, P.C.<br>225 W. Washington, 18th Floor<br>Chicago, Illinois 60606<br>Phone: (312) 224-1500 |
| **ATTORNEYS FOR MIEJER, INC. AND MEIJER DISTRIBUTION, INC.**<br>Paul E. Slater<br>SPERLING & SLATER, P.C.<br>55 W. Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>Phone: (312) 641-3200 | **ATTORNEYS FOR VALLEY WHOLESALE DRUG COMPANY, INC.**<br>Richard B. Drubel<br>Kimberly H. Schultz<br>BOIES, SCHILLER & FLEXNER LLP<br>26 South Main Street<br>Hanover, New Hampshire 03775<br>Phone: (603) 643-9090 |
| **ATTORNEYS FOR VALLEY WHOLESALE DRUG COMPANY, INC.**<br>William Isaacson<br>Tanya Chutkan<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, District of Columbia 20015<br>Phone: (202) 237-2727 | **ATTORNEYS FOR VALLEY WHOLESALE DRUG COMPANY, INC.**<br>Angela K. Drake<br>Nicole D. Lindsey<br>LOWTHER JOHNSON LLC<br>901 St. Louis Street, 20th Floor<br>Springfield, Missouri 65806<br>Phone: (417) 866-7777 |

| | |
|---|---|
| **ATTORNEYS FOR VALLEY WHOLESALE DRUG COMPANY, INC.**<br>Michael Heim<br>Russ Chorush<br>CONLEY ROSE<br>Chase Tower<br>600 Travis Street, Suite 1800<br>Houston, Texas 77002-2910<br>Phone: (713) 238-8000 | **LOCAL COUNSEL FOR VISTA HEALTHPLAN, INC.**<br>L. Kendall Satterfield<br>Michael G. McLellan<br>FINKELSTEIN, THOMPSON & LOUGHRAN<br>1050 30th Street, N.W.<br>Washington, District of Columbia 20007 |
| **ATTORNEYS FOR VISTA HEALTHPLAN, INC.**<br>Kevin B. Love<br>HANZMAN & CRIDEN, P.A.<br>220 Alhambra Circle, Suite 400<br>Coral Gables, Florida 33134<br>Phone: (305) 357-9000 | **ATTORNEYS FOR VISTA HEALTHPLAN, INC.**<br>Jay Shapiro<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>150 W. Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Phone: (305) 789-3200 |
| **ATTORNEYS FOR VISTA HEALTHPLAN, INC.**<br>Marc A. Wites<br>WITES & KAPETAN, P.A.<br>4400 North Federal Highway<br>Lighthouse Point, Florida 33064<br>Phone: (954) 570-8989 | **LOCAL COUNSEL FOR AMERICAN SALES COMPANY, INC.**<br>Jonathan W. Cuneo<br>David W. Stanley<br>William H. Anderson<br>CUNEO GILBERT & LaDUCA, LLP<br>507 C Street, N.E.<br>Washington, District of Columbia 20002<br>Phone: (202) 789-3960 |
| **ATTORNEYS FOR AMERICAN SALES COMPANY, INC.**<br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101<br>Phone: (206) 623-7292 | **ATTORNEYS FOR AMERICAN SALES COMPANY, INC.**<br>Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, Massachusetts 02142<br>Phone: (617) 482-3700 |

**ATTORNEYS FOR AMERICAN SALES COMPANY, INC.**
Elizabeth A. Fegan
Timothy A. Scott
HAGENS BERMAN SOBOL SHAPIRO LLP
60 West Randolph Street, Suite 200
Chicago, Illinois 60601
(312) 762-9237