UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VISTA HEALTHPLAN, INC., on behalf
of itself and all others similarly situated,**                    Civil Action No. 05-2327 (CKK)

        **Plaintiff,**

v.

**WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., et al.**

        **Defendants.**
_____/

### VISTA HEALTHPLAN'S NOTICE OF JOINDER IN DIRECT PURCHASER PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO CONSOLIDATE

Plaintiff Vista Healthplan, Inc., by and through its undersigned counsel, hereby gives notice of joinder in the Direct Purchaser Plaintiffs' Opposition to Defendants' Joint Motion to Consolidate.[1]

Dated: January 27, 2006

    By:   /S/L. KENDALL SATTERFIELD
        L. Kendall Satterfield (Bar # 393953)
        Michael G. McLellan (Bar # 489217)
        **FINKELSTEIN, THOMPSON & LOUGHRAN**
        1050 30th Street, N.W.
        Washington, D.C. 20007

        Kevin B. Love
        **HANZMAN & CRIDEN, P.A.**
        220 Alhambra Circle, Suite 400
        Coral Gables, Florida 33134
        Telephone: (305) 357-9000
        Facsimile: (305) 357-9050

---

[1] The Opposition Memorandum was filed by Direct Purchaser Plaintiffs in, among other cases, Meijer, Inc. et al v. Warner Chilcott Holdings Company III, Ltd. et al (D.D.C. 05-2195).

Jay Shapiro
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
Phone: (305) 789-3200
Facsimile (305) 789-3229

Marc A. Wites
**WITES & KAPETAN, P.A.**
4400 North Federal Highway
Lighthouse Point, FL 33064
Phone: (954) 570-8989
Facsimile (954) 428-3929

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VISTA HEALTHPLAN, INC., on behalf of itself and all others similarly situated,**

Civil Action No. 05-2327 (CKK)

**Plaintiff,**

v.

**WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al.**

**Defendants.**

/

## CERTIFICATE OF SERVICE

I, Michael G. McLellan, hereby affirm and attest that a true and correct copy of the foregoing Vista Healthplan's Notice of Joinder in Direct Purchaser Plaintiffs' Opposition to Defendants' Joint Motion to Consolidate was sent via Federal Express this 27th day of January 2006 to the parties on the attached service list.

/S/ MICHAEL G. MCLELLAN
Michael G McLellan
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street NW
Washington, DC 20007
(202) 337-8000

## SERVICE LIST

Karen Natalie Walker
Mark L. Kovner
Chong S. Park
KIRKLAND & ELLIS LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005

*Warner Chilcott Holdings Company III, Ltd.; Warner Chilcott Corporation; Warner Chilcott (Us) Inc.; Galen (Chemicals), Ltd.*

Kevin J. Arquit
Charles E. Koob
Annette Rizzi
SIMPSON THACHER & BARTLETT
425 Lexington Ave.
New York, NY 10017-3954

*Counsel for Barr Pharmaceuticals, Inc.*