IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC.<br>300 South Park Road<br>Hollywood, F.L. 33021, and<br><br>UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND<br>150 S. 43rd St.<br>Harrisburg, P.A., 17111<br><br>    on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS,<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION,<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.,<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT COMPANY, INC.<br>Union Street, Km. 1.1<br>Fajardo, Puerto Rico, 00738, and<br><br>BARR PHARMACEUTICALS, INC.,<br>2 Quaker Road<br>P.O. Box 2900<br>Pomona, N.Y. 10970-0519<br><br>                  Defendants. | Civil Action No. 1:05CV02327<br><br>Judge Colleen Kollar-Kotelly |

**ENTRY OF APPEARANCE (LCvR 83.6(a))**

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendant Warner Chilcott Company, Inc.

February 8, 2006                                    Respectfully submitted,

By:   /s/ _____
Kevin J. Arquit, D.C. Bar #438511
Charles E. Koob, *pro hac vice* pending
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Defendants*