IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC.<br>300 South Park Road<br>Hollywood, F.L. 33021, and<br><br>UNITED FOOD AND COMMERCIAL<br>WORKERS CENTRAL<br>PENNSYLVANIA HEALTH AND<br>WELFARE FUND<br>150 S. 43rd St.<br>Harrisburg, P.A., 17111<br><br>    on behalf of themselves and all<br>    others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129,<br><br>WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129,<br><br>WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129,<br><br>WARNER CHILCOTT COMPANY, INC.<br>Union Street, Km. 1.1<br>Fajardo, Puerto Rico, 00738, and<br><br>BARR PHARMACEUTICALS, INC.<br>2 Quaker Road<br>P.O. Box 2900<br>Pomona, N.Y. 10970-0519,<br><br>                      Defendants. | Civil Action No. 1:05CV02327<br><br>Judge Colleen Kollar-Kotelly |

## **STIPULATION TO EXTEND TIME**

Plaintiffs Vista Healthplan, Inc. and United Food And Commercial Workers Central Pennsylvania Health And Welfare Fund (collectively "Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Barr Pharmaceuticals, Inc. (collectively "Defendants") have jointly agreed and hereby stipulate to the following extension of time for Defendants to answer or otherwise respond to the First Amended Class Action Complaint and respectfully request that the Court enter an order reflecting the parties' agreement:

1. Defendants' time to answer or otherwise respond to the First Amended Class Action Complaint is hereby extended to February 28, 2006.

February 9, 2006                    Respectfully submitted,

                               /s/ Kevin J. Arquit
By: _____
Kevin J. Arquit, D.C. Bar. #438511
Charles E. Koob, *pro hac vice* pending
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


   /s/ Mark L. Kovner
_____
Karen N. Walker (D.C. Bar #412137)
Mark L. Kovner (D.C. Bar #430431)
Chong S. Park (D.C. Bar #463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
(202) 879-5000

*Counsel for Barr Pharmaceuticals, Inc.*


   /s/ Michael McLellan
_____
Michael G. McLellan, D.C. Bar. #489217
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C.  20007
(202) 337-8000

*Counsel for Plaintiffs*