# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., 300 South Park Road, Hollywood, FL 33021, | )<br>)<br>) |
| UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, 150 S. 43rd St., Harrisburg, Pennsylvania, 17111 | )<br>)<br>)<br>)<br>) |
| on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., 100 Enterprise Drive, Rockaway, N.J., 07866-2129; | )<br>)<br>)<br>) |
| WARNER CHILCOTT CORPORATION, 100 Enterprise Drive, Rockaway, N.J. 07866-2129; | )<br>)<br>) |
| WARNER CHILCOTT (US) INC. 100 Enterprise Drive, Rockaway, N.J. 07866-2129; | )<br>)<br>) |
| WARNER CHILCOTT COMPANY, INC., Union Street, Km. 1.1, Fajardo, Puerto Rico, 00738 and | )<br>)<br>) |
| BARR PHARMACEUTICALS, INC., 2 Quaker Road, P.O. Box 2900 Pomona, N.Y. 10970-0519 | )<br>)<br>) |
| Defendants. | ) |

Civil Action No. 1:05CV02327
Judge Colleen Kollar-Kotelly

**THIRD PARTY PAYOR PLAINTIFFS' PROPOSED SCHEDULING ORDER**

This matter having come before the Court for purposes of setting a schedule in the above-captioned action, and the Court having considered the submissions of all parties, and for good cause shown,

**IT IS ORDERED** as follows:

1. The parties shall serve initial disclosures as required under Fed. R. Civ. P. 26(a)(1) no later than March 15, 2006.

2. Except as to requests for admissions for authentication and admissibility of exhibits, fact discovery between the parties shall be completed by October 6, 2006, and third-party discovery shall be completed by March 2, 2007.

3. The parties shall exchange the expert reports required by Fed. R. Civ. P. 26(a)(2)(B) by November 3, 2006, opposing expert reports shall be provided by December 15, 2006, and reply reports by January 26, 2007.

4. The Third Party Payor Plaintiffs shall file their motion for class certification on May 8, 2006. Defendants' response shall be filed on or before June 19, 2006 and Third Party Payor Plaintiffs' reply, if any, shall be filed on or before July 31, 2006.

5. The parties shall file summary judgment motions no later than March 23, 2007, opposition papers shall be filed on or before April 27, 2007 and any reply papers shall be filed on or before May 18, 2007.

6. The Pretrial Conference will occur on June 15, 2007.

7. The trial will begin on June 29, 2007.

Dated: _____     _____

Honorable Collen Kollar-Kotelly, U.S.D.J.