AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Vista Health Plan

                         Plaintiff,

        V.

Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc, Galen (Chemicals) Ltd, and Barr Pharmaceuticals, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02327

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 12/05/2005

TO: (Name and address of Defendant)

Warner Chilcott Holdings Corporation.
100 Enterprise Drive
Rockaway, N.J. 07866-2129

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FINKELSTEIN, THOMPSON & LOUGHRAN
~~L. Kendall Satterfield~~ MICHAEL G. MCLELLAN
Foundry Building
1050 30th Street, N.W.
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 0 5 2005

CLERK                                                 DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/21/05 |
| NAME OF SERVER *(PRINT)* Michael G. McLucas | TITLE Vista Healthplan v. Warner Chilcott et al. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): BY STIPULATION DEFENDANT WAS SERVED VIA ELECTRONIC MAIL @ COUNSEL FOR DEFENDANT.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    [signature]
                    Date                                    Signature of Server

1050 30TH ST, WASHINGTON DC 20007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.