AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Vista Health Plan

                          Plaintiff,

              V.

Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc, Galen (Chemicals) Ltd, and Barr Pharmaceuticals, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV02327

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 12/05/2005

TO: (Name and address of Defendant)

Barr Pharmaceuticals, Inc.
2 Quaker Road, PO Box 2900
Pomona, N.Y. 10970-0519

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FINKELSTEIN, THOMPSON & LOUGHRAN
~~L. Kendall Satterfield~~  MICHAEL G. MCLELLAN
Foundry Building
1050 30th Street, N.W.
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      DEC 0 5 2005
CLERK                                          DATE

(By) DEPUTY CLERK

\0 440 (Rev. 8/0 1) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE<br>1/9/06 @ 1:30 pm |
| NAME OF SERVER (PRINT)<br>Larry Sable | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Mark Singer, agent, authorized to accept. Service was completed at 400 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/9/06
            Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

Address of Server

* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Certificate Rule LCvR 7.1; Notice of Designation of Related Civil Cases Pending in this or any other United States Court; and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.