AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VISTA HEALTHPLAN, INC and UNITED FOOD
AND COMMERCIAL WORKERS CENTRAL
PENNSYLVANIA HEALTH AND WELFARE
FUND

**SUMMONS IN A CIVIL CASE**

V.

Warner Chilcott Holdings Company III, Ltd.,
Warner Chilcott Corporation, Warner Chilcott
(US) Inc, Warner Chilcott Company, Inc., and
Barr Pharmaceuticals, Inc.

CASE NUMBER: 1:05CV02327 CKK

TO: (Name and address of Defendant)

WARNER CHILCOTT COMPANY, INC.
Union Street, Km. 1.1
Fajardo, Puerto Rico
00738

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FINKELSTEIN, THOMPSON & LOUGHRAN
L. Kendall Satterfield
Foundry Building
1050 30th Street, N.W.
Washington, D.C. 20007

an answer to the amended complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB - 8 2006

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/14/06 |
| NAME OF SERVER (PRINT) MICHAEL G. McLELLAN | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): BY STIPULATION, DEFENDANT WARNER CHILCOTT COMPANY'S COUNSEL ANNETTE PIZZI AGREED TO ACCEPT SERVICE OF THE AMENDED COMPLAINT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/14/06
            Date

Signature of Server

Address of Server: 1050 30th NW, Washington DC, 20007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.