UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VISTA HEALTHPLAN, INC., et al**<br><br>　　　　　　　　　**Plaintiffs,**<br>　　v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al**<br><br>　　　　　　　　　**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05CV02327<br>)   Judge Colleen Kollar-Kotelly<br>)<br>) |

**MOTION OF VISTA HEALTHPLAN, INC. FOR ADMISSION PRO HAC VICE**

Pursuant to LCvR 83.2 and the Declaration of Kevin B. Love, Esquire (attached hereto as Attachment A), Plaintiff Vista Healthplan, Inc. hereby moves for the admission of Kevin B. Love of the law firm Hanzman, Criden, & Love to represent Plaintiff Vista Healthplan, Inc. in this matter. Mr. Love is a member in good standing of the bars of the State of Georgia and the State of Florida, along with the following federal courts: the United States District Court for the Southern District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. The undersigned, who is a member in good standing of this Court, shall act as co-counsel with Mr. Love should this Motion be granted.

Dated: February 21, 2006

　　　　　　　　　　　　　　　　　　　　By    /S/ MICHAEL G. MCLELLAN
　　　　　　　　　　　　　　　　　　　　　　L. Kendall Satterfield (Bar # 393953)
　　　　　　　　　　　　　　　　　　　　　　Michael G. McLellan (Bar # 489217)
　　　　　　　　　　　　　　　　　　　　　　**FINKELSTEIN, THOMPSON & LOUGHRAN**
　　　　　　　　　　　　　　　　　　　　　　1050 30th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20007
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 337-8000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 337-8090