UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., et al </br></br> Plaintiffs, </br> v. </br></br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al </br></br> Defendants | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:05CV02327 </br> ) Judge Colleen Kollar-Kotelly </br> ) </br> ) |

## DECLARATION OF KEVIN B. LOVE, ESQUIRE

1. I am a member in the firm of Hanzman Criden & Love, P.A., attorneys for Plaintiff Vista Healthplan, Inc. in the above-captioned matter.

2. My office address is 7301 S.W. 57th Court, Suite 515, South Miami, FL 33143, and my office telephone number is 305-357-9000.

3. I am admitted to the bars of the State of Georgia and the State of Florida, along with the following federal courts: the United States District Court for the Southern District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

4. I have not been disciplined by any bar or any court.

5. I have not been admitted to this Court *pro hac vice* at any time within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia bar pending.

7. I have been requested to represent Plaintiff Vista Healthplan, Inc. in the above-captioned proceeding.

8. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiff and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiff Vista Healthplan in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: February 21, 2006

HANZMAN CRIDEN & LOVE, P.A.

Kevin B. Love
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: 305-357-9000
Facsimile: 305-357-9050

*Attorney for Plaintiff Vista Healthplan, Inc.*