UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VISTA HEALTHPLAN, INC., et al** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | |
| ) | |
| **WARNER CHILCOTT HOLDINGS** ) | |
| **COMPANY III, LTD., et al** ) | **Civil Action No. 1:05CV02327** |
| ) | **Judge Colleen Kollar-Kotelly** |
| **Defendants** ) | |
| ) | |

**(PROPOSED) ORDER REGARDING ATTORNEY ADMISSION**

The motion of Plaintiff Vista Healthplan, Inc. for the admission *pro hac vice* of Kevin B. Love is, this ____ day of _____, 2006, hereby granted.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge