UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VISTA HEALTHPLAN, INC., et al** | |
| | **JURY TRIAL DEMANDED** |
| **Plaintiffs** | |
| v. | Civil Action No. 1:05CV02327 |
| | Judge Colleen Kollar-Kotelly |
| **WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al** | |
| | |
| **Defendants** | |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund certify that to the best of my knowledge and belief, that Plaintiff United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund has no parent companies, subsidiaries, or affiliates which have any outstanding shares in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.


Date: February 27, 2006                    Respectfully submitted,

.

                                           /S/ MICHAEL G. MCLELLAN
                                           Michael G. McLellan, Esq. (No. 489217)
                                           Finkelstein, Thompson & Loughran
                                           1050 30th Street, N.W.
                                           Washington, D.C. 20007
                                           T: (202) 337-8000 x 125
                                           F: (202) 337-8090