IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, <br><br>on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC., <br><br>Defendants. | Civ. Action No. 1:05-CV-02327-CKK <br><br>Judge Colleen Kollar-Kotelly |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

  I, the undersigned, counsel of record for Barr Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, Barr Pharmaceuticals, Inc. does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

  This representation is made in order that judges of this court may determine the need for recusal.

Date:   February 28, 2006            Respectfully submitted,

*[signature: Karen N. Walker]*

Karen N. Walker
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel. (202) 879-5000
Fax (202) 879-5200

***Counsel of Record for Defendant Barr Pharmaceuticals, Inc.***

2