UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **VISTA HEALTHPLAN, INC., et al** )<br>)<br>**Plaintiffs,** )<br>**v.** )<br>)<br>**WARNER CHILCOTT HOLDINGS** )<br>**COMPANY III, LTD., et al** )<br>)<br>**Defendants** )<br>) | Civil Action No. 1:05CV02327<br>Judge Colleen Kollar-Kotelly |

**STIPULATION TO EXTEND TIME**

Plaintiffs Vista Healthplan, Inc. and United Food And Commercial Workers Central Pennsylvania Health And Welfare Fund (collectively "Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Barr Pharmaceuticals, Inc. (collectively "Defendants") have jointly agreed and hereby stipulate to the following extension of time for Plaintiffs to oppose Defendants' Joint Motion to Dismiss the Complaint, filed February 28, 2006 ("Motion to Dismiss") and for Defendants to reply to Plaintiffs Opposition to the Motion to Dismiss. Plaintiffs and Defendants accordingly respectfully request that the Court enter an order reflecting the parties' agreement:

1. Plaintiffs' time to oppose the Motion to Dismiss is hereby extended to April 7, 2006.

2. Defendants' time to reply to Plaintiffs' Opposition to the Motion to Dismiss is hereby extended to April 21, 2006.

Dated: March 13, 2006

          Respectfully submitted

By:    /s/ Kevin J. Arquit
Kevin J. Arquit, D.C. Bar. #438511
Charles E. Koob, pro hac vice
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

   /s/ Mark L. Kovner
Karen N. Walker (D.C. Bar #412137)
Mark L. Kovner (D.C. Bar #430431)
Chong S. Park (D.C. Bar #463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

*Counsel for Barr Pharmaceuticals, Inc.*

  /s/ Michael G. McLellan
Michael G. McLellan, D.C. Bar. #489217
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000

*Counsel for Plaintiffs*