UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., et al )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., et al )<br>)<br>Defendants )<br>) | Civil Action No. 1:05CV02327<br>Judge Colleen Kollar-Kotelly |

## MOTION OF UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2 and the Declaration of William E. Hoese, Esquire (attached hereto as Attachment A), Plaintiff United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund hereby moves for the admission of William E. Hoese of the law firm Kohn, Swift, and Graf to represent Plaintiff United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund in this matter. Mr. Hoese is a member in good standing of the bar of the State of Pennsylvania, along with the following federal courts: the Eastern District of Pennsylvania and the United States Courts of Appeal for the Third and Seventh Circuits. The undersigned, who is a member in good standing of this Court, shall act as co-counsel with Mr. Hoese should this Motion be granted.

Dated: March 21, 2006

By: /S/ MICHAEL G. MCLELLAN
L. Kendall Satterfield (Bar # 393953)
Michael G. McLellan (Bar # 489217)
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090