UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:05CV02327<br>Judge Colleen Kollar-Kotelly |

## DECLARATION OF WILLIAM E. HOESE, ESQUIRE

1. I am a shareholder in the firm of Kohn, Swift, and Graf, P.C., counsel for United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund.

2. My office address is One South Broad Street, Suite 2100, Philadelphia, PA 19107, and my office telephone number is 215-238-1700.

3. I am admitted to the bars of the Commonwealth of Pennsylvania, along with the following federal courts: the Eastern District of Pennsylvania and the United States Courts of Appeals for the Third and Seventh Circuits.

4. I have not been disciplined by any bar or any court.

5. I have not been admitted to this Court *pro hac vice* at any time within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia bar pending.

16164_1

7.  I am familiar with the Local Rules of the United States District Court for the District of Columbia.

8.  Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiff and will also facilitate the efficient litigation of this matter.

9.  I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: March 15, 2006

*William E. Hoese*
William E. Hoese

16164_1