UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., et al )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., et al )<br>)<br>Defendants )<br>) | Civil Action No. 1:05CV02327<br>Judge Colleen Kollar-Kotelly |

## MOTION OF UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2 and the Declaration of Eric L. Young, Esquire (attached hereto as Attachment A), Plaintiff United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund hereby moves for the admission of Eric L. Young of the law firm Kenney Lennon & Egan to represent Plaintiff United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund in this matter. Mr. Young is a member in good standing of the bar of the State of Pennsylvania, along with the following federal courts: the Eastern District of Pennsylvania, the Middle District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. The undersigned, who is a member in good standing of this Court, shall act as co-counsel with Mr. Young should this Motion be granted.

Dated: March 21, 2006

By: /S/ MICHAEL G. MCLELLAN
L. Kendall Satterfield (Bar # 393953)
Michael G. McLellan (Bar # 489217)
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090