UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., et al )<br>)<br>Defendants )<br>) | Civil Action No. 1:05CV02327<br>Judge Colleen Kollar-Kotelly |

### DECLARATION OF ERIC L. YOUNG, ESQUIRE

1. I am Of Counsel to the firm of Kenney Lennon & Egan, counsel for United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund.

2. My office address is 3031C Walton Road, Suite 202, Plymouth Meeting, PA 19462, and my office telephone number is (610) 940-9099.

3. I am admitted to the bars of the State of Pennsylvania, along with the following federal court: the Eastern District of Pennsylvania, the Middle District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

4. I have not been disciplined by any bar or any court.

5. I have not been admitted to this Court *pro hac vice* at any time within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia bar pending.

7. I have been requested to represent United Food and Commercial Workers Central

Pennsylvania Health and Welfare Fund. in the above-captioned proceeding.

8. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiff and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: March 15, 2006

KENNEY LENNON & EGAN

Eric L. Young
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Phone: (610) 940-9099
Facsimile: (610)-940-0284

*Attorney for United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*