UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
VISTA HEALTHPLAN, INC., *et al.*,  :
:
    Plaintiffs,  :
:
v.  :  Civil Action No: 1:05CV02327 (CKK)
:  Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY  :
III, LTD., *et al.*,  :
:
    Defendants.  :
---------------------------------------------------------- x

## ENTRY OF APPEARANCE (LCvR 83.6(a))

    Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company Inc.

April 3, 2006                           Respectfully submitted,

                                 By:     /s/ Andrew M. Lacy
                                             Andrew M. Lacy, D.C. Bar # 496644
                                             SIMPSON THACHER & BARTLETT LLP
                                             555 11th Street, N.W.
                                             Suite 725
                                             Washington, D.C. 20004
                                             (202) 220-7700

                                             *Counsel for Defendants*