IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORP., WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,<br><br>          Defendants. | 05 Civ. 2327 (CKK) |

## PLAINTIFFS' MOTION FOR THE ESTABLISHMENT OF AN EXECUTIVE COMMITTEE

Plaintiffs Vista Healthplan, Inc. ("Vista") and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund ("United Food"), through their undersigned counsel, hereby move the Court for an order establishing a Plaintiffs' Executive Committee to act on behalf of Vista and United Food and all related Third Party Payor class actions subsequently filed in or transferred to this Court. The establishment of an Executive Committee would minimize duplication and expense and would provide for greater efficiency. Counsel for Vista and United Food have conferred and have agreed to the proposed organization of the Executive Committee, reflected in Exhibit A to this Motion.[1]

---

[1] Plaintiffs are aware of the Court's request in its Order Establishing Procedures for Electronic Filing that a party should not submit a proposed order with a motion. Because the Court was presented with the same issue in the Direct Purchaser Actions and notified the parties that it would sign their proposed order, the Third Party Payors concluded that the Court would

Plaintiffs contacted Defendants' counsel but cannot at this time represent to the Court that they do not oppose this motion.

By    s/ Michael G. McLellan
L. Kendall Satterfield (Bar # 393953)
Michael G. McLellan (Bar # 489217)
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007

Kevin B. Love
**HANZMAN, CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

Jay Shapiro
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
Phone: (305) 789-3200
Facsimile (305) 789-3229

Marc A. Wites
**WITES & KAPETAN, P.A.**
4400 North Federal Highway
Lighthouse Point, FL 33064
Phone: (954) 570-8989
Facsimile (954) 428-3929

Joseph C. Kohn
William E. Hoese
Joshua C. Snyder
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Facsimile: (215) 238-1968

---

likely want to be similarly presented with a proposed order in this action.

Eric L. Young
**KENNEY LENNON & EGAN**
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Phone: (610) 940-9099
Facsimile: (610)-940-0284

*Attorneys for Plaintiffs*