IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VISTA HEALTHPLAN, INC., and UNITED
FOOD AND COMMERCIAL WORKERS
CENTRAL PENNSYLVANIA HEALTH
AND WELFARE FUND, on behalf of themselves
and all others similarly situated,

       Plaintiffs,          05 Civ. 2327 (CKK)

v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT CORP.,
WARNER CHILCOTT (US) INC., WARNER
CHILCOTT COMPANY, INC., and BARR
PHARMACEUTICALS, INC.,

       Defendants.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR THE ESTABLISHMENT OF AN EXECUTIVE COMMITTEE

THE COURT hereby establishes a Plaintiffs' Executive Committee to act on behalf of all Plaintiffs in this action and all related Third Party Payor class actions subsequently filed in or transferred to this Court, with responsibilities described herein.

    A.    The Plaintiffs Executive Committee shall consist of one attorney from each of the following law firms:

        (i)    Hanzman, Criden & Love, P.A.
                7301 S.W. 57th Court, Suite 515
                South Miami, FL 33143
                Tel: (305) 357-9000

        (ii)   Finkelstein, Thompson & Loughran
                1050 30th Street, N.W.
                Washington, D.C. 2007
                Tel: (202) 337-8000

    (iii) Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
       150 W. Flagler Street, Suite 2200
       Miami, FL 33130
       Tel: (305) 789-3200

    (iv) Wites & Kapetan, P.A.
       4400 North Federal Highway
       Lighthouse Point, FL 33064
       Tel: (954) 570-8989

    (v) Kohn, Swift & Graf, P.C.
       One South Broad Street, Suite 2100
       Philadelphia, PA 19107
       Tel: (215) 238-1700

  B. The Court appoints Kevin B. Love of Hanzman Criden & Love, P.A. as Chairman of Plaintiffs' Executive Committee pursuant to Federal Rule of Civil Procedure 23(g). Plaintiffs' Chairman, in consultation with Plaintiffs' Executive Committee, shall be responsible for coordinating and organizing Third Party Payor Plaintiffs in the conduct of this litigation and shall make all substantive decisions regarding the prosecution, administration, and/or resolution of this action

  C. The Chairman is charged with performing, on behalf of all Third Party Payor Plaintiffs in this action, administrative matters, such as communications with clerical staff of the Court and with other counsel (including receiving and distributing notices, orders, motions, and briefs on behalf of the group), advising parties of developments in the case, and otherwise assisting in the coordination of activities and positions. To the extent the Court needs to contact, or a party needs to effect service or contact counsel in this action, it may do so through the Chairman, who, in turn, will relay the communication to counsel in each of the firms on the Executive Committee.

  D. No motion shall be initiated or filed on behalf of any Third Party Payor Plaintiff, except with the consent of the Chairman in consultation with Plaintiffs' Executive Committee.

  E All counsel for the Third Party Payor Plaintiffs shall keep contemporaneous time

records and shall periodically submit summaries or other records of time and expenses in their respective cases, to the Third Party Payor Executive Committee, or its designee.

  F. Nothing stated herein shall be construed to diminish the right of any counsel to be heard on matters that are not susceptible to joint or common action or as to which there is a genuine and substantial disagreement among counsel.

Dated: April ____ 2006.        SO ORDERED:

                _____
                Colleen Kollar-Kotelly, U.S.D.J.