UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civil Action No. 1:05CV02327 <br><br> Judge Colleen Kollar-Kotelly <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS' STATEMENT OF LIMITED OPPOSITION TO PLAINTIFFS' MOTION FOR THE ESTABLISHMENT OF AN EXECUTIVE COMMITTEE**

On April 12, 2006, Plaintiffs in the above-captioned matter filed a Motion for the Establishment of an Executive Committee to govern the one third-party payor action presently pending before this Court, as well as any third-party payor actions subsequently filed in or transferred to this Court. Although Defendants do not oppose the creation of an executive committee generally, we believe that one executive committee should be established that encompasses all indirect purchaser actions. To establish two separate committees for the indirect purchasers is not only unnecessary, but undoubtedly will be more time consuming, expensive and burdensome for both the Court and the parties.

Counsel for the above-captioned matter has advised Defendants that purported differences in strategy among the third-party payor and consumer plaintiffs caution against the creation of one committee to represent the indirect purchasers. However, nothing in the proposed order precludes counsel from pursuing different strategies when necessary. *See* Pls.' Proposed Order, ¶ F ("Nothing stated herein shall be construed to diminish the right of any counsel to be heard on matters that are not susceptible to joint or common action or as to which there is a genuine and substantial disagreement among counsel."). Moreover, representatives of

third-party payor plaintiffs and consumer plaintiffs could act as co-chairs of one executive committee, eliminating entirely any purported need for two separate committees to govern the two indirect purchaser actions.

Accordingly, for the sake of judicial economy and more efficient coordination, Defendants respectfully request that the Court deny Plaintiffs' Motion in its present form and encourage further discussion between counsel for the third-party payor and consumer plaintiffs regarding the establishment of one executive committee.

April 13, 2006                                                            Respectfully submitted,

By:  /s/ Peter C. Thomas
Peter C. Thomas, D.C. Bar # 495928
SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W.
Suite 725
Washington, D.C. 20004
(202) 220-7700

*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

By:  /s/ Karen N. Walker
Karen N. Walker, D.C. Bar # 412137
Mark L. Kovner, D.C. Bar # 430431
Chong S. Park, D.C. Bar # 463050
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

*Counsel for Barr Pharmaceuticals, Inc.*