# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 1:05CV02327 |
| v. | Judge Colleen Kollar-Kotelly |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | JURY TRIAL DEMANDED |
| Defendants. | |

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (collectively "Defendants") move for the admission of Annette C. Rizzi of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Ms. Rizzi is a member in good standing of the following bars: the State of New York, the State of Connecticut, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Rizzi should this Motion be granted.

May 3, 2006                                   Respectfully submitted,


                              By:      /s/ Peter C. Thomas
                                    _____
                                    Peter C. Thomas, D.C. Bar # 495928
                                    SIMPSON THACHER & BARTLETT LLP
                                    555 11th Street, N.W.
                                    Suite 725
                                    Washington, D.C.  20004
                                    (202) 220-7700

                                    *Counsel for Defendants*