**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORP., WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC.,<br><br>    Defendants. | 05 Civ. 2327 (CKK) |

_____/

**THIRD PARTY PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund ("Plaintiffs") hereby move, pursuant to Rule 23 and Local Rule 23.1, to certify a class of Third Party Payors in this Action. Specifically, Plaintiffs request that the Court certify a class, under Rule 23(b)(2) and (b)(3) consisting of:

All Third Party Payors in the United States who purchased, reimbursed and/or paid for Ovcon 35 at any time from April 22, 2004, through the present and continuing until the effects of Defendants' anticompetitive conduct have ceased (the "Class Period"). "Third-Party Payor" shall mean any non-governmental entity that is: (i) a party to a contract, issuer of a policy, or sponsor of a plan, which contract, policy or plan provides prescription drug coverage to natural persons; and (ii) is also at risk, pursuant to such contract, policy or plan, to provide prescription drug benefits, or to pay or reimburse all or part of the cost of prescription drugs dispensed to natural persons covered by such contract, policy or plan. Excluded from the class are Defendants, their parents, employees, subsidiaries and affiliates, and all government entities (the "Class").

Plaintiffs also request that Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund be approved as Class Representatives in this action,

and that their counsel be approved as Class Counsel pursuant to Rule 23(g).

In conjunction with this Motion, Plaintiffs have filed a Memorandum of Points and Authorities in Support of Their Motion for Class Certification, which includes as an exhibit the Affidavit of economist Gary French, Ph.D.

For the reasons set forth in the Memorandum, the Third Party Purchaser's Motion for Class Certification should be granted.

Respectfully submitted,

s/ Kevin B. Love
Kevin B. Love (pro hac vice)
**HANZMAN, CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

s/ Michael G. McLellan
L. Kendall Satterfield (Bar # 393953)
Michael G. McLellan (Bar # 489217)
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007
Phone: (202) 337-8000
Facsimile (202) 337-8090

Jay Shapiro
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
Phone: (305) 789-3200
Facsimile (305) 789-3229

Marc A. Wites
**WITES & KAPETAN, P.A.**
4400 North Federal Highway

Lighthouse Point, FL 33064
Phone: (954) 570-8989
Facsimile (954) 428-3929

Joseph C. Kohn
William E. Hoese
Joshua Snyder
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Facsimile: (215) 238-1968

Eric L. Young
**KENNEY LENNON & EGAN**
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Phone: (610) 940-9099
Facsimile: (610)-940-0284

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated, | 05 Civ. 2327 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORP., WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC., | |
| Defendants. | |

**MEMORANDUM FILED UNDER SEAL**

The document in this sealed envelope consists of Third Party Payor Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Class Certification and all exhibits thereto filed herewith.

This envelope has been sealed, dated, and signed by counsel to insure compliance with the related Motion to Seal.

In the event that the Court's Clerk cannot comply with the request please return the confidential documents to the undersigned counsel and notify Judge Kollar-Kotelly of Plaintiffs' request to file the Memorandum under seal.

July 28, 2006                                           Respectfully submitted,

                                                        _____
                                                        L. Kendall Satterfield (Bar # 393953)
                                                        Michael G. McLellan (Bar # 489217)
                                                        FINKELSTEIN, THOMPSON & LOUGHRAN
                                                        1050 30th Street, N.W.
                                                        Washington, D.C. 20007
                                                        Phone: (202) 337-8000
                                                        Facsimile (202) 337-8090