IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORP., WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC.,<br><br>       Defendants. | 05 Civ. 2327 (CKK) |

**THIRD PARTY PAYOR PLAINTIFFS' MOTION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION AND EXHIBITS UNDER SEAL**

Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund hereby move, pursuant to Local Rule 5.1(j) and the Protective Order entered in this Action, for an Order to seal Third Party Payors Memorandum of Points and Authorities in Support of Their Motion for Class Certification and accompanying exhibits, which contain Confidential or Highly Confidential materials produced by Defendants in this Action.

                                        Respectfully submitted,

                                        s/ Kevin B. Love
                                        Kevin B. Love (pro hac vice)
                                        HANZMAN, CRIDEN & LOVE, P.A.
                                        7301 S.W. 57th Court, Suite 515
                                        South Miami, Florida 33143
                                        Telephone: (305) 357-9000

Facsimile: (305) 357-9050

s/ Michael G. McLellan
L. Kendall Satterfield (Bar # 393953)
Michael G. McLellan (Bar # 489217)
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007
Phone: (202) 337-8000
Facsimile (202) 337-8090

Jay Shapiro
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
Phone: (305) 789-3200
Facsimile (305) 789-3229

Marc A. Wites
**WITES & KAPETAN, P.A.**
4400 North Federal Highway
Lighthouse Point, FL 33064
Phone: (954) 570-8989
Facsimile (954) 428-3929

Joseph C. Kohn
William E. Hoese
Joshua Snyder
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Facsimile: (215) 238-1968

Eric L. Young
**KENNEY LENNON & EGAN**
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Phone: (610) 940-9099
Facsimile: (610)-940-0284

*Attorneys for Plaintiffs*