UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
FEDERAL TRADE COMMISSION,                                  :
                                                           :
    Plaintiff,                                             :
                                                           :
v.                                                         :   Civil Action No: 1:05CV02179 (CKK)
                                                           :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD., *et al.*,                                       :
                                                           :
    Defendants.                                            :
                                                           :
---------------------------------------------------------- x


---------------------------------------------------------- x
STATE OF COLORADO, *et al.*,                               :
                                                           :
    Plaintiffs,                                            :
                                                           :
v.                                                         :   Civil Action No: 1:05CV02182 (CKK)
                                                           :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD., *et al.*,                                       :
                                                           :
    Defendants.                                            :
                                                           :
---------------------------------------------------------- x


---------------------------------------------------------- x
MEIJER, INC., *et al.*,                                    :
                                                           :
    Plaintiffs,                                            :
                                                           :
v.                                                         :   Civil Action No: 1:05CV02195 (CKK)
                                                           :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD., *et al.*,                                       :
                                                           :
    Defendants.                                            :
                                                           :
---------------------------------------------------------- x

| | |
|---|---|
| ------------------------------------------------------ x<br>VISTA HEALTHPLAN, INC., *et al.*,       :<br>                                                                    :<br>        Plaintiffs,                                        :<br>                                                                    :<br>v.                                                              :<br>                                                                    :<br>WARNER CHILCOTT HOLDINGS COMPANY   :<br>III, LTD., *et al.*,                                      :<br>                                                                    :<br>        Defendants.                                    :<br>------------------------------------------------------ x | Civil Action No: 1:05CV02327 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------ x<br>STEPHANIE COHEN, *et al.*,                :<br>                                                                    :<br>        Plaintiffs,                                        :<br>                                                                    :<br>v.                                                              :<br>                                                                    :<br>WARNER CHILCOTT PUBLIC LIMITED    :<br>COMPANY, *et al.*,                                :<br>                                                                    :<br>        Defendants.                                    :<br>------------------------------------------------------ x | Civil Action No: 1:06CV00401 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------ x<br>WALGREEN CO., *et al.*,                         :<br>                                                                    :<br>        Plaintiffs,                                        :<br>                                                                    :<br>v.                                                              :<br>                                                                    :<br>WARNER CHILCOTT HOLDINGS COMPANY   :<br>III, LTD., *et al.*,                                      :<br>                                                                    :<br>        Defendants.                                    :<br>------------------------------------------------------ x | Civil Action No: 1:06CV00494 (CKK)<br>Judge Colleen Kollar-Kotelly |

|  |  |
|---|---|
| -------------------------------------------------------- x<br>CVS PHARMACY, INC., *et al.*,          :<br>         Plaintiffs,          :<br>v.          :<br>WARNER CHILCOTT HOLDINGS COMPANY          :<br>III, LTD., *et al.*,          :<br>         Defendants.          :<br>-------------------------------------------------------- x | Civil Action No: 1:06CV00795 (CKK)<br>Judge Colleen Kollar-Kotelly |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, our new address is as follows:

> SIMPSON THACHER & BARTLETT LLP
> 601 Pennsylvania Avenue, N.W.
> North Building
> Washington, D.C.  20004

Please make the appropriate changes in your records to contact our firm.

September 6, 2006                                        Respectfully submitted,


                                      By:     /s/ Peter C. Thomas
                                              _____
                                              Peter C. Thomas, D.C. Bar # 495928
                                              Andrew M. Lacy, D.C. Bar # 496644

                                              SIMPSON THACHER & BARTLETT LLP
                                              601 Pennsylvania Avenue, N.W.
                                              North Building
                                              Washington, D.C.  20004
                                              (202) 220-7700

                                              *Counsel for Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd.*