IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND,<br><br>    on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,<br><br>                         Defendants. | Civil Action No. 1:05CV02327<br><br>Judge Colleen Kollar-Kotelly |

**JOINT MOTION AND STIPULATION TO EXTEND BRIEFING DEADLINES RELATING TO THIRD PARTY PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund ("Third Party Payor Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (together "Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr") (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move this Honorable Court to set, the following schedule for briefing in support of and opposition to Third Party Payor Plaintiffs' motion for class certification. In support thereof, the parties jointly state as follows:

1. Third Party Payor Plaintiffs filed their motion for class certification on July 28, 2006.

2. The Court's Case Management Order specifies that Defendants' opposition to Third Party Payor Plaintiffs' motion for class certification shall be filed by September 29, 2006 and Third Party Payor Plaintiffs' reply shall be filed by November 29, 2006.

3. The parties have cooperated to schedule depositions of representatives of the class plaintiffs and experts at mutually agreeable dates. However, not all depositions could be scheduled within a sufficient time prior to September 29, 2006.

4. Defendants believe that such discovery is necessary and essential to Defendants' opposition to Third Party Payor Plaintiffs' motion for class certification.

5. Accordingly, the parties have stipulated and ask this Court to enter a briefing schedule whereby Defendants will have until and including December 22, 2006 to file their opposition; and Plaintiffs will have until and including February 22, 2007, to file their reply brief.

WHEREFORE, Third Party Payor Plaintiffs and Defendants respectfully stipulate to, and ask this Court to enter, extensions of time on class certification briefing as follows: (1) Defendants' memorandum in opposition to Third Party Payor Plaintiffs' motion for class certification will be due on or before December 22, 2006; and (2) Third Party Payor Plaintiffs' reply memorandum will be due on or before February 22, 2007.

Date:  September 14, 2006                    Respectfully submitted,

                                              　/s/  Peter C. Thomas                    
                                             Peter C. Thomas (D.C. Bar # 495928)
                                             Andrew M. Lacy (D.C. Bar # 496644)
                                             SIMPSON THACHER & BARTLETT LLP
                                             601 Pennsylvania Avenue, N.W.
                                             North Building
                                             Washington, District of Columbia 20004
                                             (202) 220-7700
                                             (202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

   /s/  Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*


   /s/  Kevin B. Love
Kevin B. Love, *pro hac vice*
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida  33143
(305) 357-9000
(305) 357-9050 (fax)

   /s/  Michael G. McLellan
Michael G. McLellan (D.C. Bar # 489217)
L. Kendall Satterfield (D.C. Bar # 393953)
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, District of Columbia 20007
(202) 337-8000
(202) 337-8090 (fax)

Jay Shapiro
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida  33064
(954) 570-8989
(954) 428-3929

Joseph C. Kohn
William E. Hoese
Joshua Snyder
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania  19107
(215) 238-1700
(215) 238-1968

Eric L. Young
KENNEY LENNON & EGAN
3301C Walton Road, Suite 202
Plymouth Meeting, Pennsylvania  19462
(610) 940-9099
(610) 940-0248