IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND,<br><br>on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,<br><br>      Defendants. | Civil Action No. 1:05CV02327<br><br>Judge Colleen Kollar-Kotelly |

**[PROPOSED] ORDER EXTENDING BRIEFING DEADLINES RELATING TO THIRD PARTY PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

    THIS MATTER, is before the Court on the parties' joint motion and stipulation to modify the Court's Case Management Order by entering a briefing schedule whereby Defendants will have until and including December 22, 2006 to file their opposition to Third Party Payor Plaintiffs' motion for class certification, and Third Party Payor Plaintiffs will have until and including February 22, 2007, to file their reply brief in support thereof. The Court, having considered the parties' submission, hereby grants the parties' joint motion.

    IT IS SO ORDERED.


Dated: _____

                                    Hon. Colleen Kollar-Kotelly
                                    United States District Court Judge