# IN THE UNITED STATES DISRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., et al., | 05 Civ. 2195 (CKK) |
|                     **Plaintiffs,** | |
|    v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|                  **Defendants.** | |

| | |
|---|---|
| WALGREEN CO., et al., | 06 Civ. 494 (CKK) |
|                     **Plaintiffs,** | |
|    v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|                  **Defendants.** | |

| | |
|---|---|
| CVS PHARMACY, INC., et al., | 06 Civ. 795 (CKK) |
|                     **Plaintiffs,** | |
|    v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|                  **Defendants.** | |

VISA HEALTHPLAN, INC., et al.,

                              Plaintiffs,

     v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., et al.,

                              Defendants.

05 Civ. 2327 (CKK)

STEPHANIE COHEN, et al.,

                              Plaintiffs,

     v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., et al.,

                              Defendants.

06 Civ. 401 (CKK)

## JOINT MOTION AND STIPULATION
## TO EXTEND DEADLINES FOR FILING EXPERT REPORTS

Plaintiffs and Defendants in the above-captioned cases, by their respective

undersigned attorneys, hereby stipulate to, and respectfully move the Court to extend the

deadlines for service of expert reports in those cases.  In support thereof, the parties jointly state

as follows:

1.     The Court's Case Management Order ("CMO") specifies that initial expert reports

are due on or before November 8, 2006; rebuttal expert reports are due on or

before January 8, 2007; and sur-rebuttal expert reports (if any) are due on or

before January 26, 2007.  The CMO also provides that the parties shall make their

experts available for depositions on or before February 23, 2007.

2.    At the time the Court ordered the expert discovery schedule, the parties believed that fact discovery would be substantially complete by November because the Government Cases had a fact discovery deadline of October 18, 2006, and Plaintiffs were coordinating discovery with the Government Cases. As a result, it was feasible for the parties to abide by the ordered schedule.

3.    However, due to scheduling conflicts, several depositions of both party and non-party witnesses will not occur until almost immediately before the date initial expert reports are currently due.

4.    The testimony given during fact discovery is almost certain to be relevant to the parties' respective damages analyses.

5.    Experts in antitrust cases rely heavily on the factual record in reaching their conclusions. Requiring them to reach those conclusions while the factual record is not yet substantially complete typically results in supplemental expert reports and supplemental expert depositions because the parties need to respond to the developing record.

6.    Therefore, postponing expert reports until fact discovery is substantially complete will avoid the duplication of effort by all parties.

7.    Under the proposed schedule, all discovery will be complete by the discovery cut-off date of March 2, 2007.

8.    Except as specified herein or where the Court has otherwise modified the schedule, the CMO entered on June 30, 2006, shall remain in effect.

WHEREFORE, Plaintiffs and Defendants stipulate to, and respectfully ask this Court to enter an expert discovery schedule as follows:

1)    The parties shall exchange initial expert reports on or before Jan. 8, 2007.

2)    The parties shall exchange rebuttal expert reports on or before Feb. 2, 2007.

3)    The parties reserve the right to file a sur-rebuttal report on or before Feb. 20, 2007, in the event new information is raised in the rebuttal reports, and a sur-rebuttal report is necessary.

4)    The parties shall make expert witnesses available for deposition on or before Mar. 2, 2007

Dated: October 3, 2006                          Respectfully submitted,


_____/s/_____          _____/s/_____
Peter C. Thomas (D.C. Bar No. 495928)          Linda P. Nussbaum (D.C. Bar No. 483254)
Andrew M. Lacy (D.C. Bar No. 496644)          Kanchana Wangkeo Leung
SIMPSON THACHER & BARTLETT LLP          COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
601 Pennsylvania Ave., NW          150 East 52nd Street, 30th Floor
North Building          New York, NY 10022
Washington, DC 20004          (212) 838-7797
(202) 220-7700          (212) 838-7745 (fax)
(202) 220-7702 (fax)

                                               Michael D. Hausfeld (D.C. Bar No. 153742)
Charles E. Koob          COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
SIMPSON THACHER & BARTLETT LLP          1100 New York Avenue, N.W.
425 Lexington Ave.          Suite 500, West Tower
New York, NY 10017-3954          Washington, DC 20005
(212) 455-2000          (202) 408-4600
(212) 455-2502 (fax)          (202) 408-4699 (Fax)
*Counsel for Defendants Warner Chilcott*          *Counsel for Plaintiffs Meijer, Inc. and   Meijer*
*Holdings Company III, Ltd., Warner Chilcott*          *Distribution, Inc.*
*Corporation, Warner Chilcott (US) Inc.,*
*Warner Chilcott Company, Inc., and Galen*
*(Chemicals) Ltd.*

_____/s/_____
Karen N. Walker (D.C. Bar No. 412137)
Mark L. Kovner (D.C. Bar No. 430431)
Chong S. Park (D.C. Bar No. 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)
**Counsel for Defendant Barr
Pharmaceuticals, Inc.**

Daniel Berger
Eric L. Cramer
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

David U. Fierst (D.C. Bar. No. 912899)
STEIN, MITCHELL & MEZINES, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
**Counsel for Plaintiff Rochester Drug
Co-operative, Inc.**

_____/s/_____
Richard Alan Arnold
Scott E. Perwin
Lauren Ravkind
Robert D.W. Landon III
Kenny Nachwalter, PA
110 Miami Center
201 South Biscayune Boulevard
Miami, FL 33131
**Counsel for Plaintiffs Walgreen Co., Eckerd
Corp., Maxi Drug Inc., Kroger Co.,
Albertson's Inc., Safeway Inc., Hy-Vee Inc.**

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 S. Main Street
Hanover, NH 03755
(609) 643-9090
(609) 643-9010 (Fax)
**Counsel for Plaintiff Valley Wholesale Drug Co.,
Inc.**

_____/s/_____
Monica L. Rebuck
Hangley Aronchick Segal & Pudlin
30 North Third Street
Suite 700
Harrisburg, PA 17101-1701
(717) 364-1030
(717) 364-1020
*Counsel for Plaintiffs CVS Pharmacy, Inc.,
Rite Aid Corporation, Rite Aid Headquarters
Corp.*

_____/s/_____
Kevin B. Love
Hanzman Criden & Love, PA
7301 S.W. 57th Court, Ste. 515
South Miami, FL 33143
(305) 357-9000
*Counsel for Plaintiffs Vista Healthplan, Inc.
and United Food and Commercial Workers
Central Pennsylvania Health and Welfare
Fund*

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

David U. Fierst (D.C. Bar No. 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (Fax)
*Counsel for Plaintiff Louisiana Wholesale Drug
Co., Inc.*

Dianne M. Nast
RODA NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200

Linda P. Nussbaum (D.C. Bar No. 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)
*Counsel for Plaintiffs SAJ Distributors, Inc. and
Stephen L. LaFrance Holdings, Inc.*

_____/s/_____
Robert W. Sink
Law Offices of Robert W. Sink
319 West Front Street
Media, PA 19063
(610) 566-0800
***Counsel for Plaintiffs Stephanie Cohen and
Sunda Croonquist***

Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (D.C. Bar No. 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (Fax)
***Counsel for Plaintiff American Sales Co., Inc.***