## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------- x
FEDERAL TRADE COMMISSION,                               :
                                                        :
        Plaintiff,                                      :
                                                        :
v.                                                      :   Civil Action No: 1:05CV02179 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------- x


------------------------------------------------------- x
STATE OF COLORADO, et al.,                              :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:05CV02182 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------- x


------------------------------------------------------- x
MEIJER, INC., et al.,                                   :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:05CV02195 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------- x
```

| | |
|---|---|
| ------------------------------------------------------- x<br>VISTA HEALTHPLAN, INC., *et al.*,  :<br>    Plaintiffs,  :<br>  v.  :<br>WARNER CHILCOTT HOLDINGS COMPANY  :<br>III, LTD., *et al.*,  :<br>    Defendants.  :<br>------------------------------------------------------ x | Civil Action No: 1:05CV02327 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------- x<br>STEPHANIE COHEN, *et al.*,  :<br>    Plaintiffs,  :<br>  v.  :<br>WARNER CHILCOTT PUBLIC LIMITED  :<br>COMPANY, *et al.*,  :<br>    Defendants.  :<br>------------------------------------------------------ x | Civil Action No: 1:06CV00401 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------- x<br>WALGREEN CO., *et al.*,  :<br>    Plaintiffs,  :<br>  v.  :<br>WARNER CHILCOTT HOLDINGS COMPANY  :<br>III, LTD., *et al.*,  :<br>    Defendants.  :<br>------------------------------------------------------ x | Civil Action No: 1:06CV00494 (CKK)<br>Judge Colleen Kollar-Kotelly |

```
------------------------------------------------------- x
CVS PHARMACY, INC., et al.,                             :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:06CV00795 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
                                                        :
------------------------------------------------------- x
```

**MOTION OF DEFENDANTS
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to LCvR 83.2 and the attached declaration, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Rawia Ashraf of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in these actions.  Ms. Ashraf is a member in good standing of the following bar:  the State of New York.  The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Ashraf should this Motion be granted.

October 3, 2006　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　By:　　/s/ Peter C. Thomas
　　　　　　　　　　　　　　　　Peter C. Thomas, D.C. Bar # 495928
　　　　　　　　　　　　　　　　SIMPSON THACHER & BARTLETT LLP
　　　　　　　　　　　　　　　　601 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　North Building
　　　　　　　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　　　　　　　(202) 220-7700

　　　　　　　　　　　　　　　　*Counsel for Defendants*