**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WARNER CHILCOTT HOLDINGS COMPANY ) <br> III, LTD., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 1:05CV02327 (CKK) <br><br> Jury Trial Demanded |
| STEPHANIE COHEN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WARNER CHILCOTT HOLDINGS COMPANY ) <br> III, LTD., *et. al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 1:06CV00401 (CKK) <br> Jury Trial Demanded |

**JOINT MOTION FOR APPOINTMENT OF MAGISTRATE JUDGE ALAN KAY AS MEDIATOR AND FOR EXTENSION OF TIME**

Plaintiffs Vista Healthplan, Inc., United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund, Stephanie Cohen, and Sunda Croonquist (collectively the "Indirect Purchaser Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants") have agreed to engage in settlement mediation. Therefore, the parties jointly move this Honorable Court for the appointment of Magistrate Judge Alan Kay to

preside over settlement mediation between the parties. The parties also request that, should the mediation be unsuccessful, Magistrate Judge Kay be permitted to continue in his duties regarding this case as set forth in the Court's October 10, 2006 Order.

In addition, the parties by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to set, a revised schedule for fact and expert discovery. As described below, under the proposed revised schedule, all discovery will still be completed by the time of the Status Conference scheduled by the Court for May 4, 2007. In support thereof, the Indirect Purchaser Plaintiffs and the Defendants jointly state as follows:

1. The Court's October 4, 2006 Order specifies that the Indirect Purchaser Plaintiffs shall file their motions for class certification by November 29, 2006; that the Defendants' oppositions to the Indirect Purchaser Plaintiffs' motions for class certification shall be due on December 29, 2006; and that the Indirect Purchaser Plaintiffs' reply memoranda shall be due on or before February 22, 2007.

2. The Indirect Purchaser Plaintiffs and the Defendants have agreed to stay discovery and class certification proceedings so that the parties can concentrate their efforts on mediation and settlement discussions.

3. To facilitate mediation and settlement discussions, the Indirect Purchaser Plaintiffs and the Defendants have agreed and ask this Court to enter a stay of discovery until January 15, 2007. This stay shall not affect the following depositions:

- Carl Reichel of Warner Chilcott on November 28 and 29, 2006
- Roger Boissonneault of Warner Chilcott on November 29 and 30, 2006;
- Robert Egeland of Hy-Vee, Inc. on November 30, 2006.
- Tamar Howson of Bristol-Myers Squibb Co. on December 1, 2006

4.  During the pendency of the stay, the parties may continue to negotiate with non-parties or otherwise seek the production of documents or schedule depositions pursuant to subpoenas issued prior to the entry of the stay. Any resulting non-party depositions shall not take place prior to January 15, 2007. In addition, the Indirect Purchaser Plaintiffs reserve the right to issue three (3) non-party subpoenas *duces tecum* prior to the expiration of the stay.

5.  To facilitate their settlement discussions, the Indirect Purchaser Plaintiffs and the Defendants have agreed and ask this Court to enter a class certification schedule whereby: 1) the Indirect Purchaser Plaintiffs shall file their motions for class certification on or before January 29, 2007; 2) the Defendants' oppositions to the Indirect Purchaser Plaintiffs' motions for class certification shall be due on or before March 2, 2007; and 3) the Indirect Purchaser Plaintiffs' reply memoranda shall be due on or before April 6, 2007; 4) the parties shall exchange expert reports on or before March 9, 2007; 5) the parties shall exchange rebuttal reports on or before April 9, 2007; 6) the parties reserve the right to file a sur-rebuttal report on or before April 20, 2007, in the event that new information is raised in the rebuttal reports, and a sur-rebuttal report is necessary; and 7) the parties shall make their experts available for deposition on or before April 30, 2007.

6.  Under the proposed revised schedule, all discovery will still be completed by the time of the Status Conference scheduled by the Court for May 4, 2007.

7.  Except as specified herein, the Case Management Order entered on April 25, 2006 shall remain in effect.

WHEREFORE, the Indirect Purchaser Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. Magistrate Judge Alan Kay shall preside over settlement mediation between the parties.

2. The Indirect Purchaser Plaintiffs' motions for class certification shall be due on January 29, 2007.

3. The Defendants' oppositions to the Indirect Purchaser Plaintiffs' motions for class certification shall be due on or before March 2, 2007.

4. The Indirect Purchaser Plaintiffs' reply memoranda shall be due on or before April 6, 2007.

5. The parties shall exchange expert reports on or before March 9, 2007

6. The parties shall exchange rebuttal reports on or before April 9, 2007

7. The parties reserve the right to file a sur-rebuttal report on or before April 20, 2007, in the event that new information is raised in the rebuttal reports, and a sur-rebuttal report is necessary.

8. The parties shall make their experts available for deposition on or before April 30, 2007.

Date:   November 22, 2006

Respectfully submitted,

/s/ Kevin B. Love

_____

Kevin B. Love (*Pro Hac Vice*)
Joshua A. Migdal
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
(305) 357-9000
(305) 357-9050 (fax)

L. Kendall Satterfield (D.C. Bar # 393953)
Michael G. McLellan (D.C. Bar # 489217)
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)

Jay Shapiro
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989
(954) 428-3929 (fax)

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

6

Eric L. Young
KENNEY LENNON & EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099
(610) 940-0284 (fax)

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*


/s/ John M. Mason
_____
John M. Mason (D.C. Bar # 193268)
Robert W. Sink (*Pro Hac Vice*)
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
(610) 566-0800
(610) 566-4408
*Counsel for Stephanie Cohen and Sunda Croonquist*

/s/ Peter C. Thomas

_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


/s/ Mark L. Kovner

_____
Mark L. Kovner (D.C. Bar # 430431)
Karen N. Walker (D.C. Bar # 412137)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*