UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　Defendants. | Civil Action No. 05-2327 (CKK) |
| STEPHANIE COHEN, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　Defendants. | Civil Action No. 06-401 (CKK) |

**ORDER**

　　The parties to the above-captioned actions have agreed to engage in settlement negotiations and have requested that this Court appoint Magistrate Judge Kay to preside over settlement mediation between the parties. In addition, the parties have requested that the Court set a revised schedule for fact and expert discovery, in light of their settlement efforts.

　　Accordingly, it is this 27th day of November, 2006, hereby

　　**ORDERED** that the above-captioned cases are referred to Magistrate Judge Alan Kay for mediation; it is further

**ORDERED** that counsel and parties, including persons with settlement authority attend mediation; it is further

**ORDERED** that mediation efforts shall extend from November 27, 2006 through May 3, 2007; it is further

**ORDERED** that should the parties fail to resolve this case through their mediation efforts, the status conference will occur as scheduled in the above-captioned cases on May 4, 2007 at 10:00 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex; it is further

**ORDERED** that the Indirect Purchaser Plaintiffs' motions for class certification shall be due on January 29, 2007; it is further

**ORDERED** that Defendants' oppositions to the Indirect Purchaser Plaintiffs' motions for class certification shall be due on or before March 2, 2007; it is further

**ORDERED** that the Indirect Purchaser Plaintiffs' reply memoranda shall be due on or before April 6, 2007; it is further

**ORDERED** that the parties shall exchange expert reports on or before March 9, 2007; it is further

**ORDERED** that the parties shall exchange rebuttal reports on or before April 9, 2007; it is further

**ORDERED** that the parties shall file sur-rebuttal reports, if necessary, on or before April 20, 2007; it is further

**ORDERED** that the parties shall make their experts available for deposition on or before April 30, 2007.

**SO ORDERED.**

                                                  _/s/_
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge

cc:    Magistrate Judge Kay