IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WARNER CHILCOTT HOLDINGS COMPANY ) <br> III, LTD., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 1:05CV02327 (CKK) <br><br> Jury Trial Demanded |

### JOINT STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE

Plaintiffs Vista Healthplan, Inc., United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund, (collectively the "Third Party Payor Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants") are engaged in settlement discussions. The parties, by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to extend time for class certification briefing to facilitate ongoing settlement discussions. As described below, under the proposed revised schedule, all class certification briefing will be completed by May 2, 2007, prior to the Court's status conference scheduled for May 4, 2007. In support thereof, the Third Party Payor Plaintiffs and the Defendants jointly state as follows:

1. The Court's November 27, 2006 Order specifies that the Third Party Payor Plaintiffs shall file their motion for class certification by January 29, 2006; that the Defendants' opposition to the Third Party Payor Plaintiffs' motion for class certification shall be due by

March 12, 2007; and that the Third Party Payor Plaintiffs' reply memorandum shall be due on or before April 6, 2007.

2. The Third Party Payor Plaintiffs and the Defendants have agreed to a revised class certification briefing schedule so that the parties can concentrate their efforts on mediation and settlement discussions.

3. To facilitate their settlement discussions, the Third Party Payor Plaintiffs and the Defendants have agreed and ask this Court to enter a class certification schedule whereby: 1) the Third Party Payor Plaintiffs shall file their motion for class certification on or before March 12, 2007; 2) the Defendants' opposition to the Third Party Payor Plaintiffs' motion for class certification shall be due on or before April 6, 2007; and 3) the Third Party Payor Plaintiffs' reply memorandum shall be due on or before May 2, 2007.

WHEREFORE, the Third Party Payor Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. The Third Party Payor Plaintiffs' motion for class certification shall be due on March 12, 2007.

2. The Defendants' opposition to the Third Party Payor Plaintiffs' motion for class certification shall be due on or before April 6, 2007.

3. The Third Party Payor Plaintiffs' reply memorandum shall be due on or before May 2, 2007.

Date:   January 19, 2007

Respectfully submitted,

/s/ L. Kendall Satterfield

L. Kendall Satterfield (D.C. Bar # 393953)
Michael G. McLellan (D.C. Bar # 489217)
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.

Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)

Kevin B. Love (*Pro Hac Vice*)
Joshua A. Migdal
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
(305) 357-9000
(305) 357-9050 (fax)

Jay Shapiro
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989
(954) 428-3929 (fax)

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

Eric L. Young
KENNEY LENNON & EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099
(610) 940-0284 (fax)

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*

/s/ Peter C. Thomas

---

Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


/s/ Mark L. Kovner

---

Mark L. Kovner (D.C. Bar # 430431)
Karen N. Walker (D.C. Bar # 412137)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*