## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>     Defendants. | Civil Action No: 1:05CV02195 (CKK)<br><br>Jury Trial Demanded |
| CVS PHARMACY, INC., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>     Defendants. | Civil Action No: 1:06CV00795 (CKK)<br><br>Jury Trial Demanded |
| WALGREEN CO., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>     Defendants. | Civil Action No: 1:06CV00494 (CKK)<br><br>Jury Trial Demanded |

VISTA HEALTHPLAN, INC., *et al.,*                    )
                                                     )
    Plaintiffs,                  )
                                                     )
                                                     )     Civil Action No: 1:05CV02327
    v.                            )     (CKK)
                                                     )
WARNER CHILCOTT HOLDINGS COMPANY                     )     Jury Trial Demanded
III, LTD., *et al.,*                                 )
                                                     )
    Defendants.                   )
                                                     )

STEPHANIE COHEN, *et al.,*                           )
                                                     )
    Plaintiffs,                  )
                                                     )
                                                     )     Civil Action No: 1:06CV00401
    v.                            )     (CKK)
                                                     )
WARNER CHILCOTT HOLDINGS COMPANY                     )     Jury Trial Demanded
III, LTD., *et al.,*                                 )
                                                     )
    Defendants.                   )
                                                     )

## JOINT MOTION AND STIPULATION

    Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co.,

Inc., Rochester Drug Co-Operative, Inc., American Sales Company, Inc., SAJ Distributors, Inc.,

Stephen L. LaFrance Holdings, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid

Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's

Inc., Safeway, Inc., and Hy-Vee, Inc. (collectively the "Direct Purchaser Plaintiffs"), Vista

Healthplan, Inc., United Food and Commercial Workers Central Pennsylvania Health and

Welfare Fund (collectively the "Third Party Payor Plaintiffs"), Stephanie Cohen, and Sunda

Croonquist (collectively the "Consumer Plaintiffs") (all Plaintiffs herein collectively the "Private

Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott

Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants") are currently engaged in settlement discussions and a mediation before Magistrate Judge Alan Kay. The parties, by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to (1) extend time for class certification briefing to facilitate ongoing settlement discussions, and (2) set the following revised schedule for expert discovery. In support thereof, the Private Plaintiffs and the Defendants jointly state as follows:

1.    The Court's November 27, 2006 Orders specify that the Private Plaintiffs shall file their motions for class certification by January 29, 2006; that the Defendants' oppositions to the Private Plaintiffs' motions for class certification shall be due on March 2, 2007; and that the Private Plaintiffs' reply memoranda shall be due on or before April 6, 2007.

2.    The Court's February 22, 2006 Order specifies that the Third Party Payor Plaintiffs shall file their motions for class certification by March 12, 2006; that the Defendants' oppositions to the Third Party Payor Plaintiffs' motions for class certification shall be due on April 6, 2006; and that the Third Party Payor Plaintiffs' reply memoranda shall be due on or before May 2, 2006.

3.    A Stipulation and Joint Motion filed with the Court on February 22, 2006 moves the Court to order that the Consumer Plaintiffs shall file their motions for class certification by March 12, 2006; that the Defendants' oppositions to the Consumer Plaintiffs' motions for class certification shall be due on April 6, 2006; and that the Consumer Plaintiffs' reply memoranda shall be due on or before May 2, 2006.

4.    The Private Plaintiffs and the Defendants have agreed to a revised class certification briefing schedule so that the parties can concentrate their efforts on mediation and settlement discussions.

5.    To facilitate their settlement discussions, the Private Plaintiffs and the Defendants have agreed and ask this Court to enter a class certification schedule whereby: 1) the Private Plaintiffs shall file their motions for class certification on or before March 12, 2007; 2) the Defendants' oppositions to the Private Plaintiffs' motions for class certification shall be due on or before April 12, 2007; and 3) the Private Plaintiffs' reply memoranda shall be due on or before May 9, 2007.

6.    The Court's November 27, 2006 Orders also specify that the parties shall exchange expert reports on the merits on or before March 9, 2007; that the parties shall exchange responsive merits expert reports on or before April 9, 2007; that the parties reserve the right to file rebuttal merits expert reports on or before April 20, 2007, in the event that new information is raised in the rebuttal reports, requiring rebuttal; and that the parties shall make their experts available for deposition on or before April 30, 2007.

7.    A dispute has arisen regarding expert discovery, and the parties have met in good faith in an attempt to resolve this dispute. The parties met in chambers with Magistrate Judge Kay on January 22, 2007 and presented argument to Magistrate Judge Kay on January 23, 2007. Magistrate Judge Kay has withheld ruling pending the outcome of the parties' attempts to resolve this dispute.

8.    To resolve this dispute, the Private Plaintiffs and the Defendants have agreed and ask this Court to enter a revised expert discovery schedule as set forth below.

9.      Under the proposed revised schedule, discovery will not be completed by the time of the Status Conference scheduled by the Court for May 4, 2007, and the parties respectfully request that the Court schedule a new Status Conference to allow for the parties' continuing settlement negotiations and accommodate their revised expert discovery schedule.

WHEREFORE, the Private Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. The Private Plaintiffs' motions for class certification shall be due on March 12, 2007.

2. The Defendants' oppositions to the Private Plaintiffs' motions for class certification shall be due on or before April 12, 2007.

3. The Private Plaintiffs' reply memoranda shall be due on or before May 9, 2007.

4. Upon the Court's granting of this motion, the Private Plaintiffs shall be provided with copies of the expert reports (including appendices and exhibits), together with supporting data (in electronic format), served in the related Government actions.

5. The Private Plaintiffs shall have the right to attend but not participate at the depositions of expert witnesses noticed in the related Government actions.  Plaintiffs shall also be permitted to obtain copies of the deposition transcripts and exhibits (at Plaintiffs' expense).

6. The Private Plaintiffs shall serve their expert reports on the merits, together with any supporting data, on or before March 9, 2007.

7. The Defendants shall serve their expert reports on the merits, together with any supporting data, on or before April 23, 2007.

8. The Private Plaintiffs shall serve their rebuttal expert reports, together with any supporting data, on or before May 14, 2007.

9.  The Defendants reserve the right to serve a surrebuttal on or before May 25, 2007, in the event that new information is raised in the Private Plaintiffs' rebuttal reports, requiring rebuttal.

10. The Private Plaintiffs agree not to unreasonably object to the Defendants' serving of surrebuttal reports, and the parties agree to meet and confer should disagreement arise relating to the Defendants' serving of such reports.

11. The parties shall make their experts available for deposition on or before June 15, 2007.


Date:   January 24, 2007                        Respectfully submitted,


                                                /s/

                                        _____
                                        Michael D. Hausfeld (D.C. Bar # 153742)
                                        COHEN, MILSTEIN, HAUSFELD & TOLL
                                        1100 New York Avenue, N.W.
                                        Washington, DC 20005
                                        (202) 408-4600
                                        (202) 408-4699 (fax)

                                        Linda P. Nussbaum (D.C. Bar # 483254)
                                        COHEN, MILSTEIN, HAUSFELD & TOLL
                                        150 East 52nd Street, 30th Floor
                                        New York, NY 10022
                                        (212) 838-7797
                                        (212) 838-7745 (fax)

                                        Joseph M. Vanek
                                        David P. Germaine
                                        VANEK, VICKERS & MASINI, P.C.
                                        225 W. Washington 18th Floor
                                        Chicago, IL 60606
                                        (312) 224-1500
                                        (312) 224-1510 (fax)

                                        Richard B. Drubel (D.C. Bar # 334359)
                                        Kimberly H. Schultz
                                        BOIES, SCHILLER & FLEXNER LLP

26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)


William Isaacson (D.C. Bar # 414788)
Tanya Chutkan (D.C. Bar # 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
(202) 237-2727

*Counsel for Meijer, Inc. and Meijer
Distribution, Inc.*



/s/
_____
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (fax)


David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)


*Counsel for Louisiana Wholesale Drug Co.,
Inc.*



/s/
_____
Daniel Berger
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust St.

Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Rochester Drug Co-op, Inc.*


/s/
_____

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (fax)

Michael D. Hausfeld (D.C. Bar # 153742)
Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

*Counsel for SAJ Distributors, Inc. and*
*Stephen L. LaFrance Holdings, Inc.*


/s/
_____

Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor

New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

*Counsel for American Sales Company, Inc.*

/s/

_____
Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL &PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
(717) 364-1030
(717) 364-1020

*Counsel for CVS Pharmacy, Inc., Rite Aid
Corporation, and Rite Aid Headquarters
Corp., Walgreen Co., Eckerd Corp., Maxi
Drug, Inc., The Kroger Co., Albertson's
Inc., Safeway, Inc., and Hy-Vee, Inc.*

/s/
_____

Kevin B. Love (*Pro Hac Vice*)
Joshua A. Migdal
HANZMAN, CRIDEN &LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
(305) 357-9000
(305) 357-9050 (fax)

L. Kendall Satterfield (D.C. Bar # 393953)
Michael G. McLellan (D.C. Bar # 489217)
FINKELSTEIN, THOMPSON &LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)

Jay Shapiro
STEARNS WEAVER MILLER WEISSLER
ALHADEFF &SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989
(954) 428-3929 (fax)

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT &GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

Eric L. Young
KENNEY LENNON &EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099

(610) 940-0284 (fax)

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*

     /s/

_____

Robert W. Sink
John M. Mason (D.C. Bar #: 193268)
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
(610) 566-0800
(610) 566-4408
*Counsel for Stephanie Cohen and Sunda Croonquist*

/s/

_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings
Company III, Ltd, Warner Chilcott
Corporation, Warner Chilcott
(US) Inc., and Warner Chilcott Company,
Inc.*

/s/

_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*