# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 05–2195 (CKK) |
| VISTA HEALTHPLAN, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 05–2327 (CKK) |
| STEPHANIE COHEN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br><br>    Defendants. | Civil Action No. 06–401 (CKK) |

| | |
|---|---|
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06–494 (CKK) |
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06–795 (CKK) |

**ORDER**

The parties to the above-captioned actions are currently engaged in settlement discussions and a mediation before Magistrate Judge Alan Kay. As a result, the parties have jointly moved to (1) extend the time for class certification briefing to facilitate ongoing settlement discussions, and (2) set a revised schedule for expert discovery in order to resolve a dispute regarding expert discovery. Under the parties' proposed revised schedule, discovery will not be completed before the Status Conference currently scheduled for May 4, 2007, and as a result, the Court shall continue the Status Conference to allow the parties to continue settlement negotiations and complete expert discovery.

Accordingly, it is this 25th day of January, 2007, hereby

**ORDERED** that the Private Plaintiffs (the plaintiffs to the above-captioned actions) shall file their motions for class certification on or before March 12, 2007; it is further

**ORDERED** that Defendants shall file their oppositions to the Private Plaintiffs' motions for class certification on or before April 12, 2007; it is further

**ORDERED** that the Private Plaintiffs shall file their reply memoranda on or before May 9, 2007; it is further

**ORDERED** that, upon the Court's granting of this motion, the Private Plaintiffs shall be provided with copies of the expert reports (including appendices and exhibits), together with supporting data (in electronic format), served in the related Government actions (*Federal Trade Commission v. Warner Chilcott Holdings Company III, Ltd., et al.*, Civil Action No. 05-2179 and *State of Colorado, et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, Civil Action No. 05-2182); it is further

**ORDERED** that the Private Plaintiffs shall have the right to attend but not participate at the depositions of expert witnesses noticed in the related Government actions.  The Private Plaintiffs shall also be permitted to obtain copies of the deposition transcripts and exhibits (at the Private Plaintiffs' expense); it is further

**ORDERED** that the Private Plaintiffs shall serve their expert reports on the merits, together with any supporting data, on or before March 9, 2007; it is further

**ORDERED** that Defendants shall serve their expert reports on the merits, together with any supporting data, on or before April 23, 2007; it is further

**ORDERED** that the Private Plaintiffs shall serve their rebuttal expert reports, together with any supporting data, on or before May 14, 2007; it is further

**ORDERED** that Defendants may reserve the right to serve a surrebuttal on or before May

25, 2007, in the event that new information is raised in the Private Plaintiffs' rebuttal reports, requiring rebuttal; it is further

**ORDERED** that the Private Plaintiffs agree not to unreasonably object to the Defendants' serving of surrebuttal reports, and the parties agree to meet and confer should disagreement arise relating to the Defendants' serving of such reports; it is further

**ORDERED** that the parties shall make their experts available for deposition on or before June 15, 2007; it is further

**ORDERED** that the Status Conference currently scheduled for May 4, 2007 shall be vacated. The Court shall continue the Status Conference until July 27, 2007 at 10:30 a.m. to allow the parties time to pursue their settlement negotiations and complete their expert discovery.

**SO ORDERED.**

                                                              _/s/_
                                                  COLLEEN KOLLAR-KOTELLY
                                                United States District Judge

cc:    Magistrate Judge Kay