**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No: 1:05CV02195 (CKK)<br><br>Jury Trial Demanded |
| CVS PHARMACY, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No: 1:06CV00795 (CKK)<br><br>Jury Trial Demanded |
| WALGREEN CO., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No: 1:06CV00494 (CKK)<br><br>Jury Trial Demanded |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No: 1:05CV02327 |
| v. | ) (CKK) |
| | ) |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) Jury Trial Demanded |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| STEPHANIE COHEN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No: 1:06CV00401 |
| v. | ) (CKK) |
| | ) |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.,* | ) Jury Trial Demanded |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT MOTION AND STIPULATION

Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co.,

Inc., Rochester Drug Co-Operative, Inc., American Sales Company, Inc., SAJ Distributors, Inc.,

Stephen L. LaFrance Holdings, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid

Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's

Inc., and Safeway, Inc. (collectively the "Direct Purchaser Plaintiffs"), Vista Healthplan, Inc.,

United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund

(collectively the "Third Party Payor Plaintiffs"), Stephanie Cohen, and Sunda Croonquist

(collectively the "Consumer Plaintiffs") (all Plaintiffs herein collectively the "Private Plaintiffs")

and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation,

Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to set, the following revised schedule for fact and expert discovery.  As described below, under the proposed revised schedule, all discovery will still be completed by the time of the Status Conference scheduled by the Court for July 27, 2007.  In support thereof, the Private Plaintiffs and the Defendants jointly state as follows:

1.       The Court's January 26, 2007 Order specifies that the Private Plaintiffs shall serve their expert reports by March 9, 2007; that the Defendants shall serve their expert reports by April 23, 2007; that the Private Plaintiffs shall serve their expert rebuttal reports by May 14, 2007; and that the Defendants shall serve their surrebuttal reports by May, 25, 2007.

2.       The Private Plaintiffs and the Defendants have agreed, subject to Court approval, to a stay of discovery so that the parties can concentrate their efforts on settlement discussions.

3.       To facilitate settlement discussions, the Private Plaintiffs and the Defendants have agreed and ask this Court to enter a stay of discovery until March 15, 2007.

4.       As to the discovery requests already served upon the Defendants, including the additional requests served by the Private Plaintiffs in January, the Private Plaintiffs and the Defendants have agreed that, upon expiration of the stay, the Defendants' responses to the following requests shall become due on or before April 6, 2007:

- Direct Purchaser Plaintiffs' First Set of Requests for Admissions to Defendant Warner Chilcott;

- Direct Purchaser Plaintiffs' First Set of Requests for Admissions to Defendant Barr;

- Direct Purchaser Plaintiffs' Second Set of Interrogatories;

- Plaintiff CVS Pharmacy, Inc.'s, Plaintiff Rite Aid Corporation's, and Plaintiff Rite Aid Hdqtrs. Corp.'s First Set of Requests for Production of Documents from Warner Chilcott Defendants;

- Plaintiff Rite Aid Corporation's, and Plaintiff Rite Aid Hdqtrs. Corp.'s First Set of Requests for Production of Documents from Barr;

- Consumer Plaintiffs' First Set of Interrogatories to Warner Chilcott Defendants; and

- Consumer Plaintiffs' First Set of Interrogatories to Defendant, Barr Pharmaceuticals.

5.      The previously noticed 30(b)(6) deposition of Warner Chilcott for February 21, 2007 shall be stayed pending agreement on a mutually agreeable time after March 15, 2007.

6.      During the pendency of the stay, the parties may continue to negotiate with nonparties or otherwise seek the production of documents or schedule depositions pursuant to subpoenas issued prior to the entry of the stay. Any resulting non-party depositions, other than the deposition of Tamar Howson, described below, shall not take place prior to March 15, 2007.

7.      With specific regard to the deposition of Tamar Howson and the Court's Order of January 24, 2007, the Defendants shall make a good faith effort to schedule Ms. Howson's deposition for a date after March 15, 2007. Because Ms. Howson's deposition must take place in advance of the Court Conference in the related government actions, scheduled by the Court for April 16, 2007, the Defendants reserve the right to take Ms. Howson's deposition during the pendency of the stay.

8.      The Private Plaintiffs and Defendants have further agreed and ask this Court to enter a revised fact discovery schedule such that all fact discovery in the above-captioned cases shall end as of July 6, 2007.

9.      The Private Plaintiffs and Defendants have further agreed and ask this Court to enter an expert discovery schedule whereby: 1) the Private Plaintiffs shall serve their expert reports on the merits, together with any supporting data, on or before April 20, 2007; 2) the Defendants shall serve their expert reports on the merits, together with any supporting data, on or before June 1, 2007; 3) the Private Plaintiffs shall serve their rebuttal expert reports, together with any supporting data, on or before June 22, 2007; 4) the Defendants reserve the right to serve a surrebuttal on or before July 6, 2007, in the event that new information is raised in the Private Plaintiffs' rebuttal reports, requiring rebuttal; and 5) the parties shall make their experts available for deposition on or before July 25, 2007.

10.     Under the proposed revised schedule, all discovery will be completed by the time of the Status Conference scheduled by the Court for July 27, 2007.

11.     Except as specified herein, the Case Management Order entered on April 25, 2006 shall remain in effect.

WHEREFORE, the Private Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1.   Discovery in the above-captioned actions shall be stayed, with the exception of the deposition of Tamar Howson, until March 15, 2007.

2.   Fact discovery in the above-captioned cases shall end as of July 6, 2007.

3.   The Private Plaintiffs shall serve their expert reports on the merits, together with any supporting data, on or before April 20, 2007.

4.  The Defendants shall serve their expert reports on the merits, together with any supporting data, on or before June 1, 2007.

5.  The Private Plaintiffs shall serve their rebuttal expert reports, together with any supporting data, on or before June 22, 2007.

6.  The Defendants reserve the right to serve a surrebuttal on or before July 6, 2007, in the event that new information is raised in the Private Plaintiffs' rebuttal reports, requiring rebuttal.

7.  The Private Plaintiffs agree not to unreasonably object to the Defendants' serving of surrebuttal reports, and the parties agree to meet and confer should disagreement arise relating to the Defendants' serving of such reports.

8.  The parties shall make their experts available for deposition on or before July 25, 2007.


Date:   February 14, 2007                    Respectfully submitted,


                                                     /s/
                                             _____
                                             Michael D. Hausfeld (D.C. Bar # 153742)
                                             COHEN, MILSTEIN, HAUSFELD & TOLL
                                             1100 New York Avenue, N.W.
                                             Washington, DC 20005
                                             (202) 408-4600
                                             (202) 408-4699 (fax)

                                             Linda P. Nussbaum (D.C. Bar # 483254)
                                             COHEN, MILSTEIN, HAUSFELD & TOLL
                                             150 East 52nd Street, 30th Floor
                                             New York, NY 10022
                                             (212) 838-7797
                                             (212) 838-7745 (fax)

                                             Joseph M. Vanek
                                             David P. Germaine
                                             VANEK, VICKERS & MASINI, P.C.

225 W. Washington 18th Floor
Chicago, IL 60606
(312) 224-1500
(312) 224-1510 (fax)

Richard B. Drubel (D.C. Bar # 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)


William Isaacson (D.C. Bar # 414788)
Tanya Chutkan (D.C. Bar # 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
(202) 237-2727

*Counsel for Meijer, Inc. and Meijer
Distribution, Inc.*



            /s/
_____
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Louisiana Wholesale Drug Co.,
Inc.*

/s/
_____

Daniel Berger
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Rochester Drug Co-op, Inc.*

/s/
_____

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (fax)

Michael D. Hausfeld (D.C. Bar #  153742)
Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

*Counsel for SAJ Distributors, Inc. and
Stephen L. LaFrance Holdings, Inc.*

/s/
_____

Thomas M. Sobol

HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

*Counsel for American Sales Company, Inc.*


　　　/s/
_____
Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL &PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
(717) 364-1030
(717) 364-1020

*Counsel for CVS Pharmacy, Inc., Rite Aid
Corporation, and Rite Aid Headquarters
Corp., Walgreen Co., Eckerd Corp., Maxi
Drug, Inc., The Kroger Co., Albertson's
Inc., Safeway, Inc., and Hy-Vee, Inc.*

/s/
_____

Kevin B. Love (*Pro Hac Vice*)
Joshua A. Migdal
HANZMAN, CRIDEN &LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
(305) 357-9000
(305) 357-9050 (fax)

L. Kendall Satterfield (D.C. Bar # 393953)
Michael G. McLellan (D.C. Bar # 489217)
FINKELSTEIN, THOMPSON &LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)

Jay Shapiro
STEARNS WEAVER MILLER WEISSLER
ALHADEFF &SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989
(954) 428-3929 (fax)

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT &GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

Eric L. Young
KENNEY LENNON &EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099

(610) 940-0284 (fax)

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*

/s/

Robert W. Sink
John M. Mason (D.C. Bar #: 193268)
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
(610) 566-0800
(610) 566-4408
*Counsel for Stephanie Cohen and Sunda Croonquist*

/s/

Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

/s/
_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*