# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 05–2195 (CKK) |
| VISTA HEALTHPLAN, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 05–2327 (CKK) |
| STEPHANIE COHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br><br>Defendants. | Civil Action No. 06–401 (CKK) |

WALGREEN CO., *et al.*,

      Plaintiffs,

      v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.*,

      Defendants.

Civil Action No. 06–494 (CKK)

CVS PHARMACY, INC., *et al.*,

      Plaintiffs,

      v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.*,

      Defendants.

Civil Action No. 06–795 (CKK)

**ORDER**

The parties to the above-captioned actions have filed a Joint Motion and Stipulation in

each of their respective actions, requesting that the Court set a revised schedule for fact and

expert discovery in those actions. The parties' proposed schedule does not change the outside

date for the completion of discovery or interfere with the July 27, 2007 Status Conference

scheduled by the Court in the Court's January 26, 2007 Order. Instead, the parties' proposed

schedule resets certain deadlines within the time period in which fact and expert discovery must

be completed, and requests that the Court enter a stay of discovery until March 15, 2007 "so that

the parties can concentrate their efforts on settlement discussions." The Court certainly

encourages the parties to engage in settlement efforts and, as the parties' proposed schedule does

not extend their overall period for completing fact and expert discovery, is willing to consider granting a stay of discovery to allow the parties to focus on settlement negotiations. However, the Court notes that, at the parties' request, the Court has referred the above-captioned cases to Magistrate Judge Alan Kay for mediation, and that no settlement conference is currently scheduled with Magistrate Judge Kay. As such, the Court is unclear as to what settlement discussions are ongoing amongst the parties, and therefore lacks the information required to rule on the parties' Joint Motion and Stipulation.

Accordingly, it is this 15th day of February, 2007, hereby

**ORDERED** that the Court shall HOLD IN ABEYANCE the Joint Motion and Stipulation discussed above; it is further

**ORDERED** that, before 5:00 p.m. today, February 15, 2007, the parties shall provide the Court with notice as to how they are engaging in settlement discussions, i.e., whether they are engaged in discussions among themselves or whether they intend to schedule a settlement conference with Magistrate Judge Kay in the near future. Upon receipt of the parties' Notice, the Court shall determine whether to grant the Joint Motion and Stipulation discussed above.

**SO ORDERED.**

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:    Magistrate Judge Kay