IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No: 1:05CV02195 (CKK)<br><br>Jury Trial Demanded |
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No: 1:06CV00795 (CKK)<br><br>Jury Trial Demanded |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No: 1:06CV00494 (CKK)<br><br>Jury Trial Demanded |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, ) | |
|   ) | |
| Plaintiffs,   ) | |
|   ) | Civil Action No: 1:05CV02327 |
| v.   ) | (CKK) |
|   ) | |
| WARNER CHILCOTT HOLDINGS COMPANY ) | Jury Trial Demanded |
| III, LTD., *et al.*,   ) | |
|   ) | |
| Defendants.   ) | |
|   ) | |

| | |
|---|---|
| STEPHANIE COHEN, *et al.*, ) | |
|   ) | |
| Plaintiffs,   ) | |
|   ) | Civil Action No: 1:06CV00401 |
| v.   ) | (CKK) |
|   ) | |
| WARNER CHILCOTT HOLDINGS COMPANY ) | Jury Trial Demanded |
| III, LTD., *et al.*,   ) | |
|   ) | |
| Defendants.   ) | |
|   ) | |

**JOINT NOTICE OF SETTLEMENT DISCUSSIONS**
**IN SUPPORT OF THE JOINT MOTION AND STIPULATION**

Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-Operative, Inc., American Sales Company, Inc., SAJ Distributors, Inc., Stephen L. LaFrance Holdings, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's Inc., and Safeway, Inc. (collectively the "Direct Purchaser Plaintiffs"), Vista Healthplan, Inc., United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund (collectively the "Third Party Payor Plaintiffs"), Stephanie Cohen, and Sunda Croonquist (collectively the "Consumer Plaintiffs") (all Plaintiffs herein collectively the "Private Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc.,

Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants"), by their respective undersigned attorneys, hereby provide notice in response to the Court's February 14, 2007 Order as follows:

1.   On February 16, 2007, the Direct Purchaser Plaintiffs and Defendants are scheduled to meet, in person, in an effort to make further progress toward settlement.

2.   The Direct Purchaser Plaintiffs and Defendants have already met in person and have found these settlement discussions among the parties to be constructive.

3.   On February 22, 2007, the Third Party Payor Plaintiffs, Consumer Plaintiffs, and Defendants are scheduled to meet, in person, in an effort to make further progress toward settlement.

4.   The Third Party Payor Plaintiffs, Consumer Plaintiffs, and Defendants have already met in person and have found these settlement discussions among the parties to be constructive.

5.   Although the Private Plaintiffs and Defendants hope that these settlement discussions amongst the parties will prove productive, they plan settlement conferences with Magistrate Judge Kay in late February or the first half of March if the discussions fail to resolve one or more of the present litigations.

6.   In all events, the Private Plaintiffs and Defendants expect any mediation efforts to be substantially complete by March 15, 2007, when the proposed stay would expire.

Date:   February 15, 2007

Respectfully submitted,

/s/
_____
Michael D. Hausfeld (D.C. Bar # 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (fax)

Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
225 W. Washington, 18th Floor
Chicago, IL 60606
(312) 224-1500
(312) 224-1510 (fax)

Richard B. Drubel (D.C. Bar # 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)

William Isaacson (D.C. Bar # 414788)
Tanya Chutkan (D.C. Bar # 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
(202) 237-2727

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

/s/
_____

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Louisiana Wholesale Drug Co., Inc.*


/s/
_____

Daniel Berger
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Rochester Drug Co-op, Inc.*


/s/
_____

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (fax)

Michael D. Hausfeld (D.C. Bar # 153742)
Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

*Counsel for SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.*

/s/
───────────────────────
Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

*Counsel for American Sales Company, Inc.*

/s/
───────────────────────
Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL &PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
(717) 364-1030
(717) 364-1020

*Counsel for CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's Inc., Safeway, Inc., and Hy-Vee, Inc.*

/s/
_____

Kevin B. Love (*Pro Hac Vice*)
Joshua A. Migdal
HANZMAN, CRIDEN &LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
(305) 357-9000
(305) 357-9050 (fax)

L. Kendall Satterfield (D.C. Bar # 393953)
Michael G. McLellan (D.C. Bar # 489217)
FINKELSTEIN, THOMPSON &LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)

Jay Shapiro
STEARNS WEAVER MILLER WEISSLER ALHADEFF &SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989
(954) 428-3929 (fax)

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT &GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

Eric L. Young
KENNEY LENNON &EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099
(610) 940-0284 (fax)

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*

/s/
_____
Robert W. Sink (*Pro Hac Vice*)
John M. Mason (D.C. Bar #: 193268)
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
(610) 566-0800
(610) 566-4408

*Counsel for Stephanie Cohen and Sunda Croonquist*

/s/
_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

/s/
_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*