UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civil Action No. 05–2327 (CKK) |

**ORDER**
(March 2, 2007)

The parties to the above-captioned action are currently engaged in settlement negotiations and a mediation before Magistrate Judge Alan Kay. On February 28, 2007, the parties participated in a telephone conference call with Magistrate Judge Kay, during which they agreed, in light of the ongoing settlement negotiations, to a dismissal without prejudice of [46] Defendants' currently pending Joint Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

Accordingly, it is this 2nd day of March, 2007, hereby

**ORDERED** that, with the consent of the parties, [46] Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint shall be DISMISSED without prejudice so that the parties may focus on the ongoing settlement negotiations; it is further

**ORDERED** that, in the event that the above-captioned action has not been resolved, and the parties have not notified the Court to the contrary or requested that the Court extend the dismissal without prejudice, on April 20, 2007, [46] Defendants' Joint Motion to Dismiss

Plaintiffs' Second Amended Class Action Complaint shall be reinstated.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:    Magistrate Judge Kay