# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No: 1:05CV02327<br>) (CKK)<br>) |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) Jury Trial Demanded<br>)<br>) |
| Defendants. | )<br>)<br>) |
| STEPHANIE COHEN, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No: 1:06CV00401<br>) (CKK)<br>) |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.,* | ) Jury Trial Demanded<br>)<br>) |
| Defendants. | )<br>) |

## JOINT MOTION AND STIPULATION

Plaintiffs Vista Healthplan, Inc., United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund (collectively the "Third Party Payor Plaintiffs"), Stephanie Cohen, and Sunda Croonquist (collectively the "Consumer Plaintiffs") (all Plaintiffs herein collectively the "Indirect Purchaser Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to set, the following revised schedule for

class certification briefing.  Under this proposed revised schedule, expert and fact discovery deadlines will remain unchanged, and thus all discovery will be completed by the time of the Status Conference scheduled by the Court for July 27, 2007.  In support thereof, the Indirect Purchaser Plaintiffs and the Defendants jointly state as follows:

1.  The Court's January 26, 2007 Order specifies that the Indirect Purchaser Plaintiffs shall file their motions for class certification on or before March 12, 2007; that the Defendants shall file their oppositions to the Indirect Purchaser Plaintiffs' motions for class certifications on or before April 12, 2007; and that the Indirect Purchaser Plaintiffs shall file their reply memoranda on or before May 9, 2007.

2.  The Indirect Purchaser Plaintiffs and the Defendants are engaged in settlement discussions, in which capacity Third Party Payor Plaintiffs and Defendants held a teleconference with Judge Kay on February 28, 2007, and Consumer Plaintiffs and Defendants held a teleconference with Judge Kay on March 2, 2007.

3.  As Judge Kay anticipated during these teleconferences, the settlement discussions between the Indirect Purchaser Plaintiffs and Defendants have raised issues that require all parties to expend significant time and effort to investigate.

4.   To facilitate settlement discussions, and to avoid unnecessary cost, the Indirect Purchaser Plaintiffs and the Defendants have agreed and ask this Court to enter a revised schedule for class certification briefing, as set forth below.

5.  Except as specified herein, the Case Management Order entered on April 25, 2006 and the Court's February 15, 2007 Order shall remain in effect.

6.  Consumer Plaintiffs' stipulation to and joinder in this motion is conditioned upon a ruling by the Court prior to 5:00 p.m. on Friday, March 9, 2007, the last date on which their

motion for class certification can be overnight mailed for filing under seal.  If no ruling is entered by this time, Consumer Plaintiffs cannot stipulate to or join in this motion.

WHEREFORE, the Indirect Purchaser Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. The Indirect Purchaser Plaintiffs shall file their motions for class certification on or before March 26, 2007;

2. The Defendants shall file their oppositions to the Indirect Purchaser Plaintiffs' motions for class certification on or before April 26, 2007; and

3. The Indirect Purchaser Plaintiffs shall file their reply memoranda on or before May 23, 2007.

Date:   March 8, 2007                                      Respectfully submitted,


                                                           /s/
                                                           _____
                                                           Kevin B. Love (*Pro Hac Vice*)
                                                           Joshua A. Migdal
                                                           HANZMAN, CRIDEN &LOVE, P.A.
                                                           7301 S.W. 57th Court, Suite 515
                                                           South Miami, Florida 33143
                                                           (305) 357-9000
                                                           (305) 357-9050 (fax)

                                                           L. Kendall Satterfield (D.C. Bar # 393953)
                                                           Michael G. McLellan (D.C. Bar # 489217)
                                                           FINKELSTEIN, THOMPSON &LOUGHRAN
                                                           1050 30th Street, N.W.
                                                           Washington, D.C. 20007
                                                           (202) 337-8000
                                                           (202) 337-8090 (fax)

                                                           Jay Shapiro
                                                           STEARNS WEAVER MILLER WEISSLER
                                                           ALHADEFF &SITTERSON, P.A.
                                                           150 W. Flagler Street, Suite 2200

Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989
(954) 428-3929 (fax)

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

Eric L. Young
KENNEY LENNON & EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099
(610) 940-0284 (fax)

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*

/s/
_____
Robert W. Sink
John M. Mason (D.C. Bar #: 193268)
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
(610) 566-0800
(610) 566-4408
*Counsel for Stephanie Cohen and Sunda Croonquist*

/s/
_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


/s/
_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*