**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VISTA HEALTHPLAN, INC., and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,** | **05 Civ. 2327 (CKK)** |
| **Plaintiffs,** | |
| **v.** | |
| **WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORP., WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,** | |
| **Defendants.** | |

/

**NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that the law firm of Finkelstein, Thompson & Loughran has changed its name to FINKELSTEIN THOMPSON LLP. The firm's address and telephone and facsimile numbers will remain the same. However, the electronic mail contact information for counsel has changed as noted below.

Please use the new firm name and electronic mail addresses on all pleadings, correspondence, and other documents.

Dated: March 16, 2007

**FINKELSTEIN THOMPSON LLP**

By    s/ Michael G. McLellan
       L. Kendall Satterfield (Bar # 393953)
       ksatterfield@finkelsteinthompson.com
       Michael G. McLellan (Bar # 489217)
       mmclellan@finkelsteinthompson.com
       **FINKELSTEIN THOMPSON LLP**
       1050 30th Street, N.W.
       Washington, D.C.  20007
       (202) 337-8000