IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VISTA HEALTHPLAN, INC. and UNITED
FOOD AND COMMERCIAL WORKERS
CENTRAL PENNSYLVANIA HEALTH
AND WELFARE FUND, on behalf of themselves         05 Civ. 2327 (CKK)
and all others similarly situated,

        Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT CORP.,
WARNER CHILCOTT (US) INC., WARNER
CHILCOTT COMPANY, INC. and BARR
PHARMACEUTICALS, INC.,

        Defendants.
_____/

### NOTICE OF MANUAL FILING UNDER SEAL

    PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(j) and the Protective Order entered in the above-captioned case, Third Party Payor Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Class Certification was manually filed with the Court under seal.

March 23, 2007                                          Respectfully submitted,

                                                                       s/ Kevin B. Love
                                                                       Kevin B. Love (pro hac vice)
                                                                       **HANZMAN, CRIDEN & LOVE, P.A.**
                                                                       7301 S.W. 57th Court, Suite 515
                                                                       South Miami, Florida 33143
                                                                       Telephone: (305) 357-9000
                                                                       Facsimile: (305) 357-9050

/s Michael G. McLellan
L. Kendall Satterfield (Bar # 393953)
Michael G. McLellan (Bar # 489217)
**FINKELSTEIN THOMPSON** LLP
1050 30th Street, N.W.
Washington, D.C. 20007
Phone: (202) 337-8000
Facsimile (202) 337-8090

Jay Shapiro
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
Phone: (305) 789-3200
Facsimile (305) 789-3229

Marc A. Wites
**WITES & KAPETAN, P.A.**
4400 North Federal Highway
Lighthouse Point, FL 33064
Phone: (954) 570-8989
Facsimile (954) 428-3929

Joseph C. Kohn
William E. Hoese
Joshua Snyder
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Facsimile: (215) 238-1968

Eric L. Young
**KENNEY LENNON & EGAN**
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Phone: (610) 940-9099
Facsimile: (610)-940-0284

***Attorneys for Plaintiffs***