IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No: 1:05CV02327 |
| v. ) | (CKK) |
| ) | |
| WARNER CHILCOTT HOLDINGS COMPANY ) | Jury Trial Demanded |
| III, LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION AND STIPULATION

Plaintiffs Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund (collectively the "Third Party Payor Plaintiffs"), and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to approve, a stay of all proceedings in the above-captioned action, pending negotiation of a definitive settlement and the submission of such agreement to the Court for preliminary approval. In support thereof, the Third Party Payor Plaintiffs and the Defendants jointly state as follows:

1.      The Third Party Payor Plaintiffs and the Defendants have engaged in settlement discussions with oversight by Magistrate Kay. As a result of those discussions, the Third Party Payor Plaintiffs and the Defendants have reached an agreement in principle on the essential terms of a settlement in the above-captioned action.

2. To facilitate the negotiation of a definitive settlement agreement, and to avoid unnecessary legal fees and costs, the Third Party Payor Plaintiffs and the Defendants have agreed and ask this Court to stay all proceedings pending the parties' negotiation of a definitive settlement agreement and the submission of that agreement to this Court for preliminary approval.

3. The Third Party Payor Plaintiffs and the Defendants have agreed to negotiate a definitive agreement promptly, which they anticipate submitting to the Court for preliminary approval on or before May 15, 2007.

WHEREFORE, the Third Party Payor Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. All proceedings in the above-captioned action shall be stayed pending negotiation of a definitive settlement agreement.

2. If the parties have not reached a definitive agreement on or before May 15, 2007, they are directed to report jointly to the Court on the status of their discussions on May 15, 2007, including whether or not the foregoing stay should remain in effect.

Date:  April 9, 2007                                          Respectfully submitted,

/s/
_____
Kevin B. Love (*Pro Hac Vice*)
Joshua A. Migdal
HANZMAN, CRIDEN &LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
(305) 357-9000
(305) 357-9050 (fax)

L. Kendall Satterfield (D.C. Bar # 393953)
Michael G. McLellan (D.C. Bar # 489217)
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000
(202) 337-8090 (fax)

Jay Shapiro
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
(305) 789-3200
(305) 789-3229 (fax)

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, Florida 33064
(954) 570-8989
(954) 428-3929 (fax)

Joseph C. Kohn
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700
(215) 238-1968 (fax)

Eric L. Young
KENNEY LENNON & EGAN
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
(610) 940-9099
(610) 940-0284 (fax)

*Counsel for Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania Health and Welfare Fund*

/s/
_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


/s/
_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*