IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORP., WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC.,<br><br>    Defendants. | 05 Civ. 2327 (CKK) |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Vista Healthplan, Inc. ("Vista") and United Food and Commercial Workers Central Pennsylvania and Regional Health and Welfare Fund ("United Food"), individually, and as representatives of the proposed Settlement Class, in support of their proposed settlement with Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc. and Warner Chilcott Company, Inc. ("Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr"), move, pursuant to Fed. R. Civ. P. 23 and Local Rule 23.1, this Court to:

1. Conditionally certify, and authorize Vista and United Food to represent, a Settlement Class consisting of:

    All Third Party Payors in the United States who purchased, reimbursed, and/or paid for Ovcon 35 at any time from April 22, 2004

  through the date of the Order preliminarily approving the proposed settlement of this Action.

  Excluded from the Class are Defendants, their subsidiaries, affiliates, officers and directors, and government entities.

  "Third Party Payors" shall mean any non-governmental entity that is: (i) a party to a contract, issuer of a policy, or sponsor of a plan, which contract, policy, or plan provides prescription drug coverage to natural persons; and (ii) is also at risk, pursuant to such contract, policy, or plan to provide prescription drug benefits, or to pay or reimburse all or part of the cost of prescription drugs dispensed to natural persons covered by such contract, policy, or plan.

  A self-funded health benefit plan for employees of a government entity that satisfies the definition of "Third Party Payors" shall not be considered a "government entity."

2. Hold that the settlement reached with Warner Chilcott and Barr, reflected in the Settlement Agreement dated May 15, 2007, attached hereto as Exhibit 1, and described in the accompanying Memorandum of Law, is within the range of settlements reasonably warranting final approval so as to justify dissemination of notice thereof to the Settlement Class.

3. Establish a date for a hearing on final approval ("Final Hearing") of the settlement and its terms and to finally consider other matters.

4. Approve the Notice of Pendency of Class Action, Proposed Settlement and Fairness Hearing ("Direct Notice") and Summary Notice of Pendency of Class Action, Proposed Settlement and Fairness Hearing ("Summary Notice"), which are attached hereto as Exhibits 2 and 3, respectively.

5. Direct that the Direct Notice and Summary Notice be disseminated in the manner described in the Memorandum of Law.

6.     Establish deadlines for the filing of Notices of Exclusion and Objections.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and preliminarily approve the proposed settlement. A Memorandum of Law in support of this Motion has been filed contemporaneously with this Motion. A proposed Order Conditionally Certifying Settlement Class and Preliminarily Approving Settlement is attached hereto as Exhibit 4.

    Respectfully submitted,

    s/ Kevin B. Love
    Kevin B. Love (specially admitted)
    Joshua A. Migdal
    **HANZMAN CRIDEN & LOVE, P.A.**
    7301 S.W. 57th Court, Suite 515
    South Miami, Florida 33143
    Telephone: (305) 357-9000
    Facsimile: (305) 357-9050

    L. Kendall Satterfield (Bar # 393953)
    Michael G. McLellan (Bar # 489217)
    **FINKELSTEIN, THOMPSON & LOUGHRAN**
    1050 30th Street, N.W.
    Washington, D.C. 20007
    Phone: (202) 337-8000
    Facsimile (202) 337-8090

    Jay Shapiro
    **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
    150 W. Flagler Street, Suite 2200
    Miami, Florida 33130
    Phone: (305) 789-3200
    Facsimile (305) 789-3229

    Marc A. Wites
    **WITES & KAPETAN, P.A.**
    4400 North Federal Highway
    Lighthouse Point, FL 33064
    Phone: (954) 570-8989

Facsimile (954) 428-3929

Joseph C. Kohn
William E. Hoese
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Facsimile: (215) 238-1968

Eric L. Young
**KENNEY LENNON & EGAN**
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Phone: (610) 940-9099
Facsimile: (610)-940-0284

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing were served via e-mail on this 12th day of June 2007, on the following persons:

| | |
|---|---|
| Peter C. Thomas, Esq. | Karen N. Walker, Esq. |
| Simpson Thacher & Bartlett LLP | Mark L. Kovner, Esq. |
| North Building | Kirkland & Ellis LLP |
| 601 Pennsylvania Avenue, N.W., | 655 Fifteenth Street, N.W. |
| Washington D.C. 20004 | Washington D.C. 20005 |
| Telephone: (202) 220-7700 | Telephone: (202) 879-5000 |
| Facsimile: (202) 220-7702 | Facsimile: (202) 879-5200 |
| **Counsel for Warner Chilcott** | **Counsel for Barr Pharmaceuticals** |
| | |
| | s/ Kevin B. Love |
| | Kevin B. Love |

L:\103\PLEADINGS\FINAL MOTION FOR PRELIMINARY APPROVAL.wpd