*United States District Court – District of Columbia*

# If You Are A Third Party Payor that Paid or Reimbursed for All or Part of the Cost of Ovcon 35,

## A Proposed Class Action Settlement May Affect Your Rights

**Notice of Pendency of Class Action, Proposed Settlement and Fairness Hearing**

*A Court has authorized this Notice. It is not a solicitation from a lawyer.*
*You are not being sued.*

- There is a proposed Settlement in a class action lawsuit. The name of the lawsuit is *Vista Healthplan, Inc. v. Warner Chilcott Holdings Company III Ltd., et al.*, No. 1:05-CV-02327 (CKK). The case is pending in the United States District Court for the District of Columbia. Vista Healthplan, Inc. and United Food and Commercial Workers Central Pennsylvania and Regional Health and Welfare Fund are the "Plaintiffs" or "Class Representatives" in the lawsuit.

- The lawsuit claims that Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc. ("Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr") (the "Defendants") entered into an agreement not to compete in the sale of Ovcon 35. The lawsuit claims that this caused Third Party Payors ("TPPs") to pay more than they should have for Ovcon 35.

- To settle the lawsuit, the Defendants have agreed to collectively donate $3 million worth of hormonal contraceptive products to charitable organizations and others approved by the Court.

## A Summary of Your Rights and Choices:

| You May: | | Due Date: |
|---|---|---|
| ***Remain in the Class*** | *Stay in the Lawsuit*<br>If you wish to stay in the Class you don't need to do anything. You will not be able to sue the Defendants for the claims in this lawsuit and you will be bound by the Court's orders about the proposed Settlement. **See Questions 8 & 9.** | *N/A* |
| ***Exclude Yourself*** | *Get out of the Class*<br>You can write and ask to get out of the Class and keep your right to sue the Defendants on your own about the claims in the lawsuit. **See Questions 10 & 11.** | *Received by Month Date 2007* |
| ***Object to the Proposed Settlement*** | *Object or Comment on the Proposed Settlement*<br>If you don't exclude yourself, you can appear and speak in the lawsuit on your own or through your own lawyer or submit a written response to object or comment on the proposed Settlement. **See Questions 12 & 13.** | *Received by Month Date 2007* |

1

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**
1. Why did I get this Notice?...................................................................................... X
2. What is the lawsuit about?..................................................................................... X
3. Why is this a class action?.................................................................................... X
4. Why is there a Proposed Settlement? ................................................................... X
5. Who is a Class Member?....................................................................................... X
6. How do I know if I am included in the Proposed Settlement?.................................. X

**BENEFITS OF THE PROPOSED SETTLEMENT – WHAT YOU GET**
7. What does the Proposed Settlement provide? ............................................................ X

**REMAINING IN THE CLASS**
8. What happens if I do nothing and stay in the Class?.......................................................X
9. What entities am I releasing?..........................................................................................X

**EXCLUDING YOURSELF FROM THE PROPOSED SETTLEMENT CLASS**
10. What do I do if I don't want to be in the Proposed Settlement ...................................X
11. How do I exclude myself from the Class?..................................................................... X

**COMMENTING ON THE PROPOSED SETTLEMENT**
12. Can I object to or comment on the Proposed Settlement?........................................... X
13. What is the difference between objecting to the Proposed Settlement and excluding myself from the Proposed Settlement?......................................................................... X

**THE LAWYERS REPRESENTING YOU**
14. Do I have a lawyer representing my interests in the case?..........................................X
15. How will the lawyers be compensated?....................................................................... X
16. Should I get my own lawyer?........................................................................................X

**THE COURT'S FINAL APPROVAL HEARING**
17. When and where will the Court decide on whether to grant final approval of the Proposed Settlement? ................................................................................................. X
18. Must I attend the Final Approval Hearing?...................................................................X
19. May I speak at the Final Approval Hearing?................................................................ X

**GETTING MORE INFORMATION**
20. Where do I obtain more information? .......................................................................... X

## BASIC INFORMATION

### 1. Why Did I Get This Notice?

You received this Notice because you are a Third Party Payor ("TPP") that may have made payments or reimbursements for Ovcon 35 between April 22, 2004 and [Insert Month Date Year.] You may also have received this Notice because you requested this Notice after seeing the Summary Notice in a publication.

This Notice explains:

- What the lawsuit is about and what the Defendants say about the claims.
- Who is affected by the Proposed Settlement.
- Who represents the Class in the lawsuit.
- What your legal rights and choices are.
- How and by when you need to act.

### 2. What Is The Lawsuit About?

The lawsuit claims that the Defendants entered into an agreement not to compete in the sale of Ovcon 35. The lawsuit claims that this Agreement caused TPPs to pay more than they should have for Ovcon 35. Warner Chilcott and Barr have both denied any wrongdoing or liability. The proposed Settlement is not an admission of wrongdoing or an indication that any law was violated. The Defendants have entered into this proposed Settlement solely to avoid further expense, inconvenience, and the burden of this litigation.

### 3. Why Is This A Class Action?

In a class action lawsuit, one or more people called "Class Representatives" sue on behalf of people who have similar claims. The people together are a "Class" or "Class members." The Court must determine if it will allow the lawsuit to proceed as a class action. If it does, a trial of the claims then decides the lawsuit for everyone in the class or the parties may settle without a trial. Here, the Class Representatives and Warner Chilcott and Barr have agreed to a proposed Settlement. The Court has preliminarily approved the proposed Settlement for a class of entities that paid or reimbursed for all or part of the cost of Ovcon 35.

**4. Why Is There A Proposed Settlement?**

A settlement is the resulting agreement between a plaintiff and defendant following extended negotiations. Settlements conclude litigation but are not a result of a court ruling in favor of the plaintiff or defendant. A settlement enables both parties to avoid the cost and risk of a trial, and ultimately establish a just, fair and final resolution that is best for all involved. In a class action, the class representatives and their attorneys make the determination that the settlement is the best result for all class members and the Court is asked to approve the settlement as fair, reasonable and adequate. If the Court approves the settlement, the defendants are then released from any liability based upon the alleged wrongful conduct that is the subject of the litigation.

In this case, the Class Representatives and their attorneys and Defendants Warner Chilcott and Barr have engaged in extensive, arms-length negotiations regarding the issues presented in the litigation and the possible terms of a settlement. The Class Representatives and their attorneys both believe that the proposed Settlement is fair, reasonable and adequate and in the best interests of the Class.

**5. Who is a Class Member?**

The Class includes all Third Party Payors in the United States who purchased, reimbursed, and/or paid for Ovcon 35 at any time from April 22, 2004 through [Insert Month Date Year].

Excluded from the Class are Defendants, their subsidiaries, affiliates, officers and directors, and government entities.

**6. How Do I Know If I Am Included In The Proposed Settlement?**

Unless you exclude yourself as described in Question 11 of this Notice, you are a member of the Class and will be included in the Proposed Settlement if you are:

- A "Third Party Payor" that paid or reimbursed for Ovcon 35 at any time from April 22, 2004 through [Insert Month Date Year].

"Third Party Payors" shall mean any non-governmental entity that is: (i) a party to a contract, issuer of a policy, or sponsor of a plan, which contract, policy, or plan provides prescription drug coverage to natural persons; and (ii) is also at risk, pursuant to such contract, policy, or plan to provide prescription drug benefits, or to pay or reimburse all or part of the cost of prescription drugs dispensed to natural persons covered by such contract, policy, or plan.

A self-funded health benefit plan for employees of a government entity that satisfies the definition of "Third Party Payors" shall not be considered a "government entity" and therefore is a member of the Class.

## BENEFITS OF THE PROPOSED SETTLEMENT

### 7.  What Does The Proposed Settlement Provide?

The Proposed Settlement does not provide cash payments to Class Members. Rather, the Defendants will make donations of pharmaceutical products.

Specifically:

- Warner Chilcott will donate one or more branded hormonal contraceptive products (e.g., Loestrin 24, Femcon Fe, etc.) with a retail value of One Million, Five Hundred Thousand Dollars ($1,500,000). Warner Chilcott will choose the products to be distributed. The products will be distributed throughout the United States within a three-year period to begin on Month Date Year. Each of the products to be donated will be valued at their average retail price, as determined by an independent third party data source. Warner Chilcott will pay all costs associated with the donation of these products. Warner Chilcott will also provide certification to Lead Counsel of its compliance with this provision on the one-, two-, and three-year anniversaries of Month Date Year. The certification will set forth the value of the products donated each year.

- Barr will donate one or more branded hormonal contraceptive products (e.g., Seasonique, Mircette, etc.) with a retail value of One Million, Five Hundred Thousand Dollars ($1,500,000). Barr will choose the products to be distributed. The products will be distributed throughout the United States within a three-year period to begin on Month Date Year. Each of the products to be donated will be valued at their average retail price, as determined by an independent third party data source. Barr will pay all costs associated with the donation of these products. Barr will also provide certification to Lead Counsel of its compliance with this provision on the one-, two-, and three-year anniversaries of Month Date Year. The certification will set forth the value of the products donated each year.

All of donated product will be given to:

- Doctors that do not already get samples of these products who, according to IMS data, prescribe combined hormonal contraceptives;
- University health centers or clinics; or
- Chartable organizations that provide reproductive healthcare services to women.

5

## REMAINING IN THE CLASS

### 8. What Happens If I Do Nothing And Stay In The Class?

If you do nothing, you will be included in the Class. You will be bound by the terms and conditions of the proposed Settlement. You will not be able to pursue any other lawsuit against Barr or Warner Chilcott about or related in any way to the claims alleged in this lawsuit. If the proposed Settlement is approved, your claims against Barr or Warner Chilcott will be completely "released." This means that you cannot sue Barr or Warner Chilcott for money damages or other relief based on the claims in this lawsuit.

The proposed Settlement provides that the claims against Barr or Warner Chilcott will be released and members of the Class will never be able to file a lawsuit for any claim related to this lawsuit. All Class Members agree that they will not seek to file a claim against any Barr or Warner Chilcott Releasee based, in whole or in part, on any of the Released Class Claims.

The Settlement Agreement contains the complete Release. You can get a copy of the Settlement Agreement on the website at www.xxxxxxx.com or by calling the Settlement Administrator at 1-800-555-5555.

### 9. What Entities Am I Releasing?

The Released Entities are:

- Warner Chilcott and Barr and each and all of their respective past, present or future parent companies, subsidiaries, divisions, affiliates, predecessors, successors, insurers, and reinsurers; and

- Each of the preceding entities' past, present and future officers, directors, shareholders, partners, agents, employees, attorneys, representatives, heirs, executors, personal representatives, administrators and assigns.

## EXCLUDING YOURSELF FROM THE PROPOSED SETTLEMENT CLASS

### 10. What Do I Do If I Don't Want To Be In The Proposed Settlement?

If you are a TPP and you don't want to be in the Class and you want to keep the right to sue Warner Chilcott and Barr regarding your reimbursement of Ovcon 35 on your own, you must take steps to get out of the Class. This is called excluding yourself. By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against Warner Chilcott and Barr about the claims in this lawsuit. If you exclude yourself from the Class, you will not be in the proposed Settlement.

### 11. How Do I Exclude Myself From The Class?

If you wish to be excluded from the Class, you can send a letter signed by you that includes all of the following:

- The name, address, telephone number and fax number of the TPP;
- The name and case number of the lawsuit: *Vista Healthplan, Inc. v. Warner Chilcott Holdings Company III Ltd.,* No. 1:05-CV-02327 (CKK);
- The tax identification number of the TPP;
- The number of insured persons/members covered by the TPP for the year 2006;
- A statement that the individual signing the letter is authorized to act on behalf of the TPP;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*
- The Notice of Exclusion shall include a certification containing substantially the following language: "The undersigned hereby represents that he/she has authority to sign and submit this Notice of Exclusion on behalf of the above-named Third-Party Payor. The undersigned understands that by submitting this Notice of Exclusion, the Third-Party Payor identified above will not be entitled to receive any benefits of the Settlement described more fully in the Notice. By signing below, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746."

If a TPP seeks to act on behalf of other TPPs for which it administers pharmaceutical benefits, the exclusion letter must also include the tax identification numbers for each entity seeking to be excluded. It must also include a statement that the individual signing the letter has the authority to act on behalf of such entity either expressly or by contract.

An exclusion letter must be mailed so that it is received by the Ovcon Settlement Administrator no later than [Insert **Month Date, 2007].** The address of the Ovcon Settlement Administrator is:

> Ovcon Settlement Administrator
> c/o Complete Claim Solutions, LLC
> P.O. Box xxxxx
> West Palm Beach, FL  33416

Please remember that you can't exclude yourself by phone or by sending an e-mail.

## COMMENTING ON THE PROPOSED SETTLEMENT

### 12.  Can I Object To Or Comment On The Proposed Settlement?

If you have comments about, or disagree with, any aspect of the proposed Settlement, including the requested attorneys' fee, expense reimbursement or incentive payment, you may express your views to the Court through a written response to the proposed Settlement. The written response should include your name, address, telephone number and a brief explanation of your reasons for objection. **The response also needs to include the case number: 05-CV-2327 (CKK).**

The document **must** be **signed** to ensure the Court's review. **The response must be sent so that it is received by each of the following no later than [Insert Month, Day 2007]:**

7

Clerk of Court
United States District Court for the District of Columbia
Street Address
City State Zip

*District Court*

    and

Kevin B. Love, Esq.
Hanzman, Criden & Love, P.A.
7301 Southwest 57th Court, Suite 515
South Miami, FL  33143

*Lead Counsel for the Class*

    and

Peter C. Thomas, Esq.
Simpson Thacher & Bartlett, LLP
North Building
601 Pennsylvania Ave., N.W.
Washington D.C.  20004

*Counsel for Defendant Warner Chilcott*

    and

Mark L. Kovner, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington D.C.  20005

*Counsel for Defendant Barr*

**13.  What Is The Difference Between Objecting To The Proposed Settlement And Excluding Myself From The Proposed Settlement?**

An objection to the proposed Settlement is made when you wish to remain a Class Member and be subject to the proposed Settlement, but disagree with some aspect of the proposed Settlement.  An objection allows your views to be heard in Court.  In contrast, exclusion means that you are no longer a Class Member and ultimately do not want to be subject to the proposed Settlement's terms and conditions.  Once excluded, you lose any right to object to the proposed Settlement, the request for attorneys' fees, costs, and incentive fee, etc., because the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

**14. Do I have a lawyer representing my interests in these cases?**

Yes. The Court has appointed the following law firm to represent you and other Class Members:

Hanzman, Criden & Love, P.A.
7301 Southwest 57th Court, Suite 515
South Miami, Florida 33143

These lawyers are called Lead Counsel. You won't be charged personally for these lawyers services, but they will ask the Court for a fee and cost award.

**15. How Will The Lawyers Be Compensated?**

The Court has appointed Lead Counsel and their co-counsel to represent everyone in the Class. Pursuant to the proposed Settlement, Warner Chilcott and Barr have agreed to each pay $550,000 to reimburse Lead Counsel and the other law firms working on this case their reasonable attorneys' fees and costs. Any award of fees and costs must be approved by the Court.

You may hire your own attorney, if you wish. However, you will be responsible for their attorney's fees and expenses.

In addition to paying reasonable attorneys' fees and costs, each Defendant will pay $50,000 to pay for notice and administrative costs associated with the proposed Settlement. Lead Counsel will also ask the Court to award each Class Representative $12,500 for prosecuting this action for the benefit of the Class. If approved, this amount will be paid by Defendants out of the money set aside for notice and administrative costs.

**16. Should I Get My Own Lawyer?**

You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance (*see* Question 19 to find out how to submit a Notice of Appearance). If you hire a lawyer to appear for you in the lawsuit, you will have to make your own arrangement for that lawyer's compensation.

## THE COURT'S FAIRNESS HEARING

**17. When And Where Will The Court Decide On Whether To Grant Final Approval Of The Proposed Settlement?**

The Court will hold a Fairness Hearing on _____ at _____ to consider whether the proposed Settlement is fair, reasonable, and adequate. At the Fairness Hearing, the Court will decide whether to approve the proposed Settlement, the motion for

9

attorneys' fees and expenses and the request for incentive fees. If comments or objections have been received, the Court will consider them at this time.

Note: The Hearing may be postponed to a different date without additional notice. Updated information will be posted at www.xxxxxxx.com.

### 18. Must I Attend The Fairness Hearing?

Attendance is not required, even if you properly mailed a written response. If you or your personal attorney still want to attend the Fairness Hearing, you may at your own expense. However, it is not necessary that either of you attend. As long as the objection was received before the deadline, it will be considered by the Court.

### 19. May I Speak At The Fairness Hearing?

You may speak at the Fairness Hearing or hire your own lawyer to speak on your behalf. If you want your own lawyer instead of Lead Counsel to speak at the Fairness Hearing, you must file with the Court a document called a "Notice of Appearance." The Notice of Appearance should include the name and number of the lawsuit, and state that you wish to enter an appearance at the Fairness Hearing. It also must include your name, address, telephone number, and signature. You cannot speak at the Hearing if you asked to be excluded from the proposed Settlement Class.

The Notice of Appearance must be sent to the Court so that it is received by the Court **no later than [Insert Month Day 2007]** at the following address:

> Clerk of Court
> United States District Court for the District of Columbia
> Street Address
> City State Zip

The Notice of Appearance must also be sent to Lead Counsel and Counsel for the Defendants at the addresses listed above in Question 12 so that is received no later than [Insert **Month Day 2007].**

## GETTING MORE INFORMATION

### 20. Where Do I Obtain More Information?

More details are in the Settlement Agreement and the other legal documents that have been filed with the Court in this lawsuit. You can look at and copy these legal documents at any time during regular office hours at the Office of the Clerk of Court, United States District Court for the District of Columbia, Address, City State Zip. These documents will also be available for download at www.xxxxxxx.com.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- Visit www.xxxx.com
- Call Toll Free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- Write to: Ovcon Settlement Administrator, P.O. Box xxxx, City, State Zip

**Dated: _____**                                                **BY ORDER OF THE COURT**