IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated, | 05 Civ. 2327 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORP., WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC., | |
| Defendants. | |

SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT,
REQUEST FOR ATTORNEYS' FEES AND EXPENSES AND INCENTIVE BENEFITS

A proposed class-action settlement has been reached in this action on behalf of Third Party Payors against certain manufacturers of Ovcon 35. In their Complaint, Plaintiffs allege that Defendants entered into an agreement not to compete in the sale of Ovcon 35, and that as a result, Class Members paid more for Ovcon 35 and its generic equivalents. Defendants deny Plaintiffs' allegations and have asserted numerous defenses.

This Summary Notice is given pursuant to an Order of the United States District Court for the District of Columbia to inform Class Members that, the following proposed settlement has been reached with Defendants: In exchange for the release of claims by Class Members, Warner Chilcott and Barr will each make a product donation of $1.5 million (for a total of $3 million worth of product) to be distributed to various charitable institutions and entities as further outlined in the Settlement Agreement.

The Class includes:

> All Third Party Payors in the United States who purchased, reimbursed, and/or paid for Ovcon 35 at any time from April 22, 2004 through **(Insert Date of Preliminary Approval)**. Excluded from the Class are Defendants, their parents, employees, subsidiaries and affiliates, and all govermental entities

A Fairness Hearing will be held on (**Insert Hearing Date and Time**) before the Honorable Colleen Kollar-Kotelly, in Courtroom____, on the ____ floor of the United States District Courthouse at 333 Constitution Ave., NW Washington, DC 20001, to determine whether the proposed settlement is fair, adequate, and reasonable, and whether, therefore, this litigation should be dismissed with prejudice against the Defendants

At the hearing, Class Counsel will also request an award of attorneys' fees and costs. Warner Chilcott and Barr have agreed to pay $1.1 million ($550,000 each) to Class Counsel as a reasonable attorney's fee and for reimbursement of costs. Warner Chilcott and Barr will also pay $100,000 ($50,000 each) for costs associated with providing notice to the Class and settlement administration. Class Counsel will also request that each Class Representatives be awarded an amount not to exceed $12,500 for prosecuting this action. The Court will decide these motions and request at the Fairness Hearing.

You do not need to do anything to remain in the Class. If you wish to exclude yourself, you must do so by **(Insert Date)**. If you wish to stay within the Class and comment or object to the settlement or Class Counsel's request for attorneys' fees, expenses and incentive benefits you must file a written objection by **(Insert Date)**. Instructions on how to exclude yourself from the Class or to object can be found in the Direct Notice. The Direct Notice also contains a more detailed description of this litigation and the proposed settlement. The Direct Notice has been mailed to identifiable Class Members. If you are a Class Member and have not received the Direct Notice, you may obtain a copy free of charge by writing to: Ovcon Settlement Administrator (**Insert Address**). You may also call the Settlement Administrator Toll-Free at 1-xxx-xxx-xxxx. The Direct Notice, the Settlement Agreement and other important documents are also posted at www.xxxxx.com. Questions other than requesting a Direct Notice should be directed to: Kevin Love, Esq., Hanzman, Criden & Love, P.A., 7301 S.W. 57th Court, Suite 515, South Miami, FL 33143 (305-357-9000).

**PLEASE DO NOT TELEPHONE OR ADDRESS INQUIRES TO THE COURT.**

Dated: (**Insert Date**)                                              **BY ORDER OF THE COURT**

L:\103\PLEADINGS\Summary Notice for Settlement.wpd