IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VISTA HEALTHPLAN, INC. and UNITED
FOOD AND COMMERCIAL WORKERS
CENTRAL PENNSYLVANIA HEALTH
AND WELFARE FUND, on behalf of themselves         05 Civ. 2327 (CKK)
and all others similarly situated,

        **Plaintiffs,**

v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT CORP.,
WARNER CHILCOTT (US) INC., WARNER
CHILCOTT COMPANY, INC. and BARR
PHARMACEUTICALS, INC.,

        **Defendants.**
_____/

### ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND PRELIMINARILY APPROVING SETTLEMENT

Upon review and consideration of the Settlement Agreement dated May 15, 2007, executed on behalf of Plaintiffs Vista Healthplan, Inc. ("Vista") and United Food and Commercial Workers Central Pennsylvania and Regional Health and Welfare Fund ("United Food") individually, and as representatives of the Settlement Class (as defined below), with Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc. and Warner Chilcott Company, Inc. ("Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr"), it is hereby **ORDERED** as follows:

### Preliminary Approval of Settlement and Conditional Certification of the Settlement Class

1.    The Court finds that it has jurisdiction over this Action.

2. The terms of the Settlement Agreement are preliminarily approved, subject to further consideration at the Fairness Hearing provided for below. The Court finds that the settlement reached in the Settlement Agreement is sufficiently within the range of reasonableness so that notice of the proposed settlement should be given as provided below in paragraphs 6 through 9.

3. The Court conditionally certifies the following Settlement Class ("Class"):

> All Third Party Payors in the United States who purchased, reimbursed, and/or paid for Ovcon 35 at any time from April 22, 2004 through the date of the Order preliminarily approving the proposed settlement of this Action.
>
> Excluded from the Class are Defendants, their subsidiaries, affiliates, officers and directors, and government entities.
>
> "Third Party Payors" shall mean any non-governmental entity that is: (i) a party to a contract, issuer of a policy, or sponsor of a plan, which contract, policy, or plan provides prescription drug coverage to natural persons; and (ii) is also at risk, pursuant to such contract, policy, or plan to provide prescription drug benefits, or to pay or reimburse all or part of the cost of prescription drugs dispensed to natural persons covered by such contract, policy, or plan.
>
> A self-funded health benefit plan for employees of a government entity that satisfies the definition of "Third Party Payors" shall not be considered a "government entity."

4. The Court conditionally finds that Vista and United Food are adequate class representatives for the Class. If the Settlement Agreement is terminated or is not consummated for any reason whatsoever, the conditional certification of the Class shall be void, and the Defendants shall have reserved all of their rights to oppose any and all class certification motions and to contest the adequacy of Vista and United Food as representatives of any putative class.

5. The Court appoints Hanzman, Criden & Love, P.A., as lead counsel for the Class ("Lead Counsel").

**Notice to Potential Class Members**

6. Within fourteen (14) business days, Lead Counsel shall direct the Settlement Administrator (defined below) to mail by first class mail, postage prepaid, copies of the Notice of Pendency of Class Action, Proposed Settlement and Fairness Hearing ("Direct Notice"), substantially in the form attached as Exhibit 2 to Plaintiffs' Motion for Preliminary Approval of Settlement, to all potential members of the Class, to the extent that they can be identified by reasonable diligence.

7. Lead Counsel shall also direct the Settlement Administrator to have published a Summary Notice of Pendency of Class Action, Proposed Settlement and Final Hearing ("Summary Notice"), substantially in the form attached as Exhibit 3 to Plaintiffs' Motion for Preliminary Approval of Settlement once in *National Underwriter: Life & Health/Financial Services Edition*. The Summary Notice shall be published as soon as practicable after the Notice is mailed to potential members of the Class.

8. Prior to the Fairness Hearing, Lead Counsel shall file with the Court a sworn statement attesting to compliance with the provisions of paragraphs 6 & 7 above.

9. The notice to be provided to potential Class members as set forth in paragraphs 6 & 7 above is found to be the best means of providing notice practicable under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement and the Fairness Hearing to all persons affected by and/or entitled to participate in the settlement

reached by the parties, in full compliance with the notice requirements of Rule 23 of the Federal Rules of Civil Procedure and due process.

## Settlement Administration

10. Lead Counsel has designated Complete Claim Solutions as the Settlement Administrator, which designation is hereby approved, to be responsible for: (i) establishing an address and toll-free phone number (to be included in the Notice and Summary Notice) to communicate with Class members; (ii) including on its website a posting of the Notice, Summary Notice and Settlement Agreement and related documents; (iii) disseminating notice to Class members; and (iv) receiving and maintaining documents sent from Class members, including Notices of Exclusion.

11. The Escrow Agent is directed to pay the Settlement Administrator the costs of the notice ordered by the Court consistent with the Settlement Agreement entered into by the parties.

## Requests for Exclusion From the Class

12. Any member of the Class who wishes to be excluded from the Class shall mail a written request for exclusion ("Notice of Exclusion") to the Settlement Administrator, so that it is received no later than forty-five (45) calendar days after the Notice is mailed, and clearly stating the following: name of entity, address, taxpayer identification number, telephone number and fax number of the entity that wishes to be excluded from the Class. The Notice of Exclusion shall include, among other things, a certification containing substantially the following language: "The undersigned hereby represents that he/she has authority to sign and submit this Notice of Exclusion on behalf of the above-named Third Party Payor. The undersigned understands that by submitting this Notice of Exclusion, the Third Party Payor

identified above will not be entitled to receive any benefits of the Settlement described more fully in the Notice. By signing below, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746." If the individual who signs the Notice of Exclusion is not a duly authorized officer or director (or like employee) of the entity wishing to be excluded, then the individual must attach written evidence of the Class member's grant of authority to the individual signing to execute the Notice of Exclusion on its behalf.

13. The entity mailing the Notice of Exclusion shall also be requested to provide information necessary to effectuate the Settlement Agreement (in particular, the Settlement's termination contingencies), and if sufficient information is not forthcoming, the entity shall be subject to discovery via subpoena or other legal process. Any information provided by any entity requesting exclusion from the Class shall be kept confidential as provided for in the Settlement Agreement.

14. Any Class member that submits a valid and timely Notice of Exclusion shall not be bound by the Settlement Agreement, shall not be entitled to share in the benefits of the Settlement, and shall not be bound by the Final Order and Judgment, whether favorable or adverse.

15. Any potential member of the Class that does not properly and timely mail a Notice of Exclusion as set forth in paragraphs 12 through 14 shall be included in the Class, and shall be bound by all the terms and provisions of the Settlement Agreement, whether or not such potential member of the Class shall have objected to the Settlement, whether or not such potential member of the Class received actual notice, and whether or not such potential member of the Class participates in the Settlement.

## Confidentiality

16. Any information received by the Settlement Administrator in connection with the Settlement that pertains to a particular Class member shall be kept confidential and shall not be disclosed to any other person or entity other than counsel for the parties and the Court.

## Fairness Hearing

17. A Fairness Hearing shall be held on [*no earlier than October 1, 2007*] _____ at __:__ a.m. in Courtroom ____ before the undersigned to consider: (i) the fairness, reasonableness and adequacy of the Settlement; and (ii) Class Counsel's request for attorneys' fees and expenses and application for incentive award.

18. At least fourteen (14) calendar days prior to the date of the Fairness Hearing, Lead Counsel shall file its motion for final approval.

19. Any Class member who wishes to comment in support of, or in opposition to, the fairness, reasonableness and adequacy of the Settlement or Class Counsel's request for attorneys' fees and expenses and application for incentive award must file with the Clerk of the Court their comments and/or objections no later than forty-five (45) calendar days after Notice is first mailed to Class members. The objecting Class member must also serve Lead Counsel and Counsel for each Defendant with their comments and/or objections in writing, by mail, postage prepaid, so that it is received no later than forty-five (45) calendar days after Notice is first mailed to Class members. Any Class member who fails to comply with the provisions of this paragraph shall waive and forfeit any and all rights they may have to object, and shall be bound by all the terms of the Settlement Agreement and orders of this Court.

20. Any Class member that has not filed a Notice of Exclusion in the manner set forth above may

appear at the Fairness Hearing in person or by counsel and may be heard, to the extent allowed by the Court, either in support of or in opposition to the fairness, reasonableness and adequacy of the Settlement or Class Counsel's request for attorneys' fees and expenses and application for incentive award; provided, however, that no person shall be heard in opposition to the fairness, reasonableness and adequacy of the Settlement or Class Counsel's request for attorneys' fees and expenses and application for incentive award, and no papers or briefs submitted by or on behalf of any such person shall be accepted or considered by the Court, unless on or before forty-five (45) calendar days after Notice is first mailed to Class members, such person: (a) files with the Clerk of the Court a notice of such person's intention to appear along with a statement (including any supporting documentation) that indicates the basis for such person's opposition to the fairness, reasonableness and adequacy of the Settlement or Class Counsel's motion for attorneys' fees and expenses and application for incentive award; and (b) serves copies of such notice, statement and documentation, as well as any other papers or briefs that such person files with the Court, either in person or by mail, upon Lead Counsel and counsel for each Defendant.

21. The date and time of the Fairness Hearing shall be set forth in the Notice and Summary Notice, but shall be subject to adjournment by the Court without further notice to the members of the Class other than that which may be posted at the Court and on the Court's website.

## Other Provisions

22. Terms used in this Order that are defined in the Settlement Agreement, unless otherwise defined in this Order, are used in this Order as defined in the Settlement Agreement.

23. In the event the Settlement is terminated in accordance with the provisions of the Settlement Agreement, the Settlement and all proceedings had in connection therewith shall be null and void, except insofar as expressly provided to the contrary in the Settlement Agreement, and without prejudice to the *status quo ante* rights of the Parties.

24. If the Settlement Agreement is terminated or ultimately not approved, the Court will modify any existing scheduling order to ensure that the Parties will have sufficient time to prepare for the resumption of litigation.

      **SO ORDERED** this _____ day of _____, 2007

_____
**THE HONORABLE COLLEEN KOLLAR-KOTELLY**
**UNITED STATES DISTRICT JUDGE**

L:\103\PLEADINGS\Final Order on preliminary approval.wpd