IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VISTA HEALTHPLAN, INC. and UNITED
FOOD AND COMMERCIAL WORKERS
CENTRAL PENNSYLVANIA HEALTH
AND WELFARE FUND, on behalf of themselves     05 Civ. 2327 (CKK)
and all others similarly situated,

          **Plaintiffs,**

v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT CORP.,
WARNER CHILCOTT (US) INC., WARNER
CHILCOTT COMPANY, INC. and BARR
PHARMACEUTICALS, INC.,

          **Defendants.**
_____/

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT
AND REQUEST FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**

      Plaintiffs Vista Healthplan, Inc. ("Vista") and United Food and Commercial Workers Central Pennsylvania and Regional Health and Welfare Fund ("United Food") (collectively, "Plaintiffs"), individually, and as representatives of the proposed Settlement Class,[1] seek entry of an Order and Final Judgment that: (1) approves the Settlement Agreement between Plaintiffs and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc. and Warner Chilcott Company, Inc. (collectively, "Warner Chilcott") and Barr Pharmaceuticals ("Barr") (collectively, "Defendants") as fair, reasonable and adequate; (2) certifies the Settlement Class; (3) awards Class Counsel their reasonable attorneys' fees and reimbursement of their costs; and (4) grants incentive awards to the Plaintiffs.

---

[1] Capitalized terms used in this Motion that are defined in the Settlement Agreement are, unless otherwise defined herein, used in this Motion as defined in the Settlement Agreement.

Plaintiffs have contemporaneously filed a Memorandum of Law in Support of this Motion for Final Approval. In addition, in support of this Motion for Final Approval, Plaintiffs submit the following documents:

| | |
|---|---|
| Exhibit A | Proposed Order and Final Judgment |
| Exhibit B | Affidavit of Kevin B. Love, Esq. in Support of Motion for Final Approval |
| Exhibit C | Affidavit of Charlene Young |
| Exhibit D | Affidavit of Kevin B. Love, Esq. in Support of Request for Attorneys' Fees and Costs |
| Exhibit E | Affidavit of Jay B. Shapiro, Esq. in Support of Request for Attorneys' Fees and Costs |
| Exhibit F | Affidavit of L. Kendall Satterfield, Esq. in Support of Request for Attorneys' Fees and Costs |
| Exhibit G | Affidavit of William E. Hoese, Esq. in Support of Request for Attorneys' Fees and Costs |
| Exhibit H | Affidavit of Marc A. Wites, Esq. in Support of Request for Attorneys' Fees and Costs |
| Exhibit I | Affidavit of Eric L. Young, Esq. in Support of Request for Attorneys' Fees and Costs |

Dated: October 23, 2007

Respectfully submitted,

s/ Kevin B. Love
Kevin B. Love (specially admitted)
Joshua A. Migdal
**HANZMAN CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

L. Kendall Satterfield (Bar # 393953)
Michael G. McLellan (Bar # 489217)
**FINKELSTEIN, THOMPSON & LOUGHRAN**
1050 30th Street, N.W.
Washington, D.C. 20007
Phone: (202) 337-8000
Facsimile (202) 337-8090

Jay B. Shapiro
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 W. Flagler Street, Suite 2200
Miami, Florida 33130
Phone: (305) 789-3200
Facsimile (305) 789-3229

Marc A. Wites
**WITES & KAPETAN, P.A.**
4400 North Federal Highway
Lighthouse Point, FL 33064
Phone: (954) 570-8989
Facsimile (954) 428-3929

Joseph C. Kohn
William E. Hoese
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Phone: (215) 238-1700
Facsimile: (215) 238-1968

Eric L. Young
**KENNEY LENNON & EGAN**
3031C Walton Road, Suite 202
Plymouth Meeting, PA 19462
Phone: (610) 940-9099
Facsimile: (610)-940-0284

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing were served via e-mail on this 23th day of October 2007, on the following persons:

| | |
|---|---|
| Peter C. Thomas, Esq. | Karen N. Walker, Esq. |
| Simpson Thacher & Bartlett LLP | Mark L. Kovner, Esq. |
| North Building | Kirkland & Ellis LLP |
| 601 Pennsylvania Avenue, N.W., | 655 Fifteenth Street, N.W. |
| Washington D.C. 20004 | Washington D.C. 20005 |
| Telephone: (202) 220-7700 | Telephone: (202) 879-5000 |
| Facsimile: (202) 220-7702 | Facsimile: (202) 879-5200 |
| | |
| ***Counsel for Warner Chilcott*** | ***Counsel for Barr Pharmaceuticals*** |
| | |
| | s/ Kevin B. Love |
| | Kevin B. Love |

L:\103\Final Approval\Motion for Final Approval Rev.wpd