UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISTA HEALTHPLAN, INC. and UNITED FOOD AND COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER HOLDINGS COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 05-2327 (CKK) |

**ORDER**
(November 15, 2007)

For the reasons set forth in the accompanying Memorandum Opinion and the separate Order and Final Judgment, it is this 15th day of November, 2007, hereby

**ORDERED** that the instant case is DISMISSED in its entirety, subject to the Court retaining exclusive jurisdiction over this Action until the Settlement Agreement has been consummated.

*This is a final, appealable order*.

  _/s/_____
 COLLEEN KOLLAR-KOTELLY
 United States District Judge